**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK LEONE, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>   v.<br><br>ASP ISOTOPES INC., PAUL E. MANN, and HEATHER KIESSLING,<br><br>       Defendants. | Case No. 1:24-cv-09253-CM |

**DECLARATION OF GARTH SPENCER IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Garth Spencer, hereby declare as follows:

1.     I am an attorney admitted to practice before this Court. I am a partner of Glancy Prongay & Murray LLP, Court-appointed Lead Counsel for Lead Plaintiff Mark Leone, counsel for additional Plaintiff Ivan Agapchev, and proposed Class Counsel. I have personal knowledge of the facts set forth herein and if called upon to testify, I could and would do so truthfully and accurately. I make this declaration, together with the attached exhibits, in support of Plaintiffs' Motion for Class Certification.

2.     Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Zahn Bozanic, Ph.D., dated June 26, 2025.

3.     Attached hereto as **Exhibit 2** is a true and correct copy of the Declaration of Lead Plaintiff Mark Leone, dated June 23, 2025.

4.     Attached hereto as **Exhibit 3** is a true and correct copy of the Declaration of Plaintiff Ivan Agapchev, dated June 25, 2025.

1

2

5. Attached hereto as **Exhibit 4** is a true and correct copy of the firm résumé of Glancy Prongay & Murray LLP ("GPM"), proposed Class Counsel. As demonstrated in the firm résumé, GPM's attorneys have decades of experience prosecuting securities fraud class actions, and GPM has successfully represented the interests of investors in securities fraud class actions across the country as both Court-appointed lead counsel and as class counsel in certified class actions.

6. GPM is fully committed to dedicating the time and resources necessary to continue its vigorous prosecution of this action on behalf of the proposed Class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 27th day of June 2025, at Wilmington, North Carolina.

*/s/ Garth Spencer*
Garth Spencer

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On June 27, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 27, 2025.


*/s/ Garth Spencer*
Garth Spencer