# Exhibit 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK LEONE, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:24-cv-09253-CM |
| Plaintiff, | |
| v. | |
| ASP ISOTOPES INC., PAUL E. MANN, and HEATHER KIESSLING, | |
| Defendants. | |

**DECLARATION OF PLAINTIFF IVAN AGAPCHEV IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Ivan Agapchev, declare as follows:

1.     I am a named plaintiff in the above-captioned lawsuit. I submit this declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts set forth in this declaration. If called upon to do so, I could and would competently testify to these facts.

2.     I reside in Hermosa Beach, California. I am an entrepreneur in the automotive industry, owning and operating an auto dealer and rental company, as well as a collision center, in which I manage 13 employees in total. I attended the University of State Fiscal Service in Irpin, Ukraine, where I received a master's degree in enterprise economics. I have been investing for 5 years and manage my own investments.

3.     I purchased publicly traded shares of ASP Isotopes Inc. ("ASPI") common stock between September 26, 2024 and November 26, 2024, both dates inclusive (the "Class Period"). My Class Period transactions in ASPI stock are listed in my certification dated May 20, 2025,

1

previously filed in this case at Docket No. 28-3.

4. I understand that this lawsuit alleges that the Defendants, ASPI and Paul Mann (ASPI's CEO), fraudulently misled investors about ASPI's business. Specifically, I understand this lawsuit to allege that ASPI and Defendant Mann knowingly made misleading statements concerning the use of ASPI's technology to enrich uranium, while concealing that ASPI had never enriched uranium or tested its technology on uranium.

5. I understand that this lawsuit is brought as a class action. I seek to be appointed as Class Representative on behalf of the following Class:

> All persons and entities who purchased the publicly traded common stock of ASPI between September 26, 2024 and November 26, 2024, both dates inclusive, and who were damaged thereby.

> Excluded from the Class are Defendants, the officers and directors of ASPI, at all relevant times, members of their immediate families and their legal representatives, heirs, successors, or assigns, any entity in which Defendants have or had a controlling interest, and any trust of which Defendant Mann is the settler or which is for the benefit of Defendant Mann and/or member(s) of his immediate family.

6. I understand that the court-appointed Lead Plaintiff, Mark Leone, is also seeking to be appointed as a Class Representative. I participated in a call with Mr. Leone and Glancy Prongay & Murray LLP ("GPM") on June 19, 2025, and I am in contact with Mr. Leone through GPM.

7. I understand that if appointed as a Class Representative, I would represent not only myself, but I would also represent the entire proposed Class of investors. I understand that if appointed as a Class Representative, I have a duty to act in the interests of all other investors who are members of the Class. As such, I am committed to prosecuting this lawsuit on behalf of the Class, and to exercise my good faith and sound judgment, in consultation with my lawyers at GPM, to seek a recovery that is fair and beneficial for the Class. I believe that I have the ability to fairly and adequately represent the interests of all investors who, like me, purchased the publicly traded

2

common stock of ASPI during the Class Period, and were damaged thereby.

8.      I have supervised and participated in this litigation by, for example: (a) receiving updates about the progress of the litigation from GPM; (b) participating in discussions with my lawyers concerning our claims in the case, the litigation process, and related issues; (c) reviewing court filings provided by GPM; (d) preserving, searching for, and providing relevant documents to my lawyers; and (e) coordinating with GPM to prepare for and schedule my deposition.

9.      I was originally represented in this case by both GPM and The Law Offices Of Frank R. Cruz ("Cruz"). I understand that the court appointed GPM as the sole Lead Counsel, that Cruz is no longer involved in the case, and that only GPM is seeking to be appointed as the lawyers for the Class.

10.     Based on my involvement in this case, I believe Glancy Prongay & Murray LLP possesses the necessary expertise and resources to prosecute this case effectively as lawyers for the Class. I believe that GPM has done well to this point by, for example, thoroughly researching and preparing the Amended Class Action Complaint For Violations Of The Federal Securities Laws. If the court appoints me as a Class Representative, I will continue to work with GPM to make sure the Class receives the best possible legal representation so as to ensure the success of this lawsuit.

11.     I am committed to continuing to supervise and participate in the prosecution of this case. Should the court appoint me as a Class Representative, I will continue to participate in the litigation and to keep informed of the status and progress of the case. I will continue to consult with my lawyers and any other appointed Class Representatives with respect to significant developments in the case, including important motions, settlement discussions, and trial. I will provide documents and any other information required by my lawyers, will give deposition

testimony, and if necessary will testify at trial in New York. I will perform all of these duties keeping in mind my responsibility to serve what I, in good faith and in consultation with my lawyers, believe to be the best interests of the Class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of June, 2025 in Hermosa Beach, California.

_____

Ivan Agapchev

4