**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK LEONE, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>ASP ISOTOPES INC., PAUL E. MANN, and HEATHER KIESSLING,<br><br>     Defendants. | Case No. 1:24-cv-9253-CM |

**DECLARATION OF MICHAEL D. BLANCHARD IN SUPPORT OF**
**MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

I, Michael D. Blanchard, declare pursuant to 28 U.S.C. § 1746:

1.     I am a partner of the law firm Morgan, Lewis & Bockius LLP, attorneys for Defendants ASP Isotopes Inc. ("ASPI"), Paul E. Mann, and Heather Kiessling (together "Defendants") in the above-captioned action.  I submit this declaration in support of Defendants' Motion to Dismiss the Amended Class Action Complaint.

2.     Attached hereto as Exhibit 1 is a true and correct copy of relevant excerpts of ASPI's Form 10-K for FY 2023, filed with the SEC on April 10, 2024.

3.     Attached hereto as Exhibit 2 is a true and correct copy of relevant excerpts of ASPI's Form 10-Q for Q1 2023, filed with the SEC on May 19, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 27, 2025                    /s/ Michael D. Blanchard
                                                                  Michael D. Blanchard