# EXHIBIT 2

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, DC 20549**

_____

# FORM 10-Q

_____

**(Mark One)**

☒  **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended March 31, 2023**

**OR**

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____ to _____**

**Commission File Number: 001-41555**

_____

# ASP Isotopes Inc.

**(Exact Name of Registrant as Specified in its Charter)**

_____

| | |
|---|---|
| **Delaware** | **87-2618235** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **433 Plaza Real, Suite 275** **Boca Raton, Florida 33432** | **33432** |
| (Address of principal executive offices) | (Zip Code) |

**Registrant's telephone number, including area code: (561) 709-3034**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.01 per share | ASPI | The Nasdaq Capital Market LLC |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒    No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒    No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☒ |
| | | Emerging growth company | ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐    No ☒

Indicate by check mark whether the registrant has filed all documents and reports required to be filed by Sections 12, 13 or 15(d) of the Securities Exchange Act of 1934 subsequent to the distribution of securities under a plan confirmed by a court. Yes ☒    No ☐

As of May 15, 2023, the registrant had 37,385,684 shares of common stock, $0.01 par value per share, outstanding.

Developing isotopes is a time-consuming, expensive and uncertain process that takes years to complete, and we may never achieve the necessary results required or obtain applicable regulatory approval for any isotopes or generate revenue from the sale of any future isotopes (assuming applicable regulatory approval is received). In addition, our future isotopes (assuming applicable regulatory approval is received) may not achieve commercial success. Our commercial revenues, if any, will be derived from sales of isotopes that we do not expect to be commercially available in substantial quantities until at least 2024. If we receive permits and licenses to enrich U-235 (which in itself is highly uncertain), we do not expect U-235 to be commercially available for at least several years, if ever. As a result, we may need substantial additional financing to support our continuing operations and further the development of and commercialization of our future isotopes.

Until such time as we can generate significant revenue from sales of our future isotopes, if ever, we expect to finance our cash needs through public or private equity or debt financings or other capital sources, including potential collaborations, licenses and other similar arrangements. However, we may be unable to raise additional funds or enter into such other arrangements when needed on favorable terms or at all. Our ability to raise additional funds may be adversely impacted by potential worsening global economic conditions and the recent disruptions to, and volatility in, the credit and financial markets in the United States and worldwide resulting from the ongoing COVID-19 pandemic and otherwise. To the extent that we raise additional capital through the sale of equity or convertible debt securities, the ownership interest of our stockholders will be or could be diluted, and the terms of these securities may include liquidation or other preferences that adversely affect the rights of our common stockholders. Debt financing and equity financing, if available, may involve agreements that include covenants limiting or restricting our ability to take specific actions, such as incurring additional debt, making capital expenditures or declaring dividends. If we raise funds through collaborations, or other similar arrangements with third parties, we may have to relinquish valuable rights to our future isotopes, future revenue streams or research programs or may have to grant licenses on terms that may not be favorable to us and/or may reduce the value of our common stock. If we are unable to raise additional funds through equity or debt financings when needed, we may be required to delay, limit, reduce or terminate our product development or future commercialization efforts or grant rights to develop and market our future isotopes even if we would otherwise prefer to develop and market such isotopes ourselves.

### Cash Flows

The following table summarizes our sources and uses of cash for each of the periods presented:

|  | Three Months Ended March 31, | |
| --- | --- | --- |
|  | 2023 | 2022 |
| Cash used in operating activities | $ (1,444,965) | $ (287,947) |
| Cash used in investing activities | (362,056) | (898,918) |
| Cash provided by financing activities | 4,493,610 | 2,232,964 |
| Net change in cash | $ 2,686,589 | $ 1,046,099 |

*Operating Activities.*

Net cash used in operating activities was $1,444,965 for the three months ended March 31, 2023, and was primarily due to our net loss of $3,615,078, adjusted for stock-based compensation expense of $2,144,099, expense related to the issuance of common stock to consultants of $266,200 and amortization of right-of-use asset of $17,034, partially offset by a change in fair value of share liability of $110,285 and a $146,935 change in our operating assets and liabilities.

Net cash used in operating activities was $287,947 for the three months ended March 31, 2022, and was primarily due to our net loss of $857,588, adjusted for stock-based compensation expense of $20,803 and amortization of right-of-use asset of $19,057, partially offset by a $529,781 change in our operating assets and liabilities.

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**ASP Isotopes, Inc.**

Date: May 18, 2023

By: _____/s/ Paul E. Mann_____
**Paul E. Mann**
**Chairman, Chief Executive Officer and Director**
**(Principal Executive Officer)**

Date: May 18, 2023

By: _____/s/ Robert Ainscow_____
**Robert Ainscow**
**Interim Chief Financial Officer**
**(Principal Financial and Accounting Officer)**

71