**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MARK LEONE, Individually and on Behalf of
All Others Similarly Situated,

     Plaintiff,

  v.

ASP ISOTOPES INC., PAUL E. MANN,
and HEATHER KIESSLING,

     Defendants.

---

Case No. 1:24-cv-9253-CM

**DECLARATION OF MICHAEL D. BLANCHARD IN SUPPORT OF DEFENDANTS'**
**OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Michael D. Blanchard, declare pursuant to 28 U.S.C. § 1746:

1.    I am a partner of the law firm Morgan, Lewis & Bockius LLP, attorneys for Defendants ASP Isotopes Inc. ("ASPI"), Paul E. Mann, and Heather Kiessling (together "Defendants") in the above-captioned action.  I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification.

2.    Attached hereto as Exhibit 1 is a true and correct copy of a November 26, 2024 ASPI Press Release, attached to ASPI's Form 8-K, filed with the SEC on November 26, 2024.

3.    Attached hereto as Exhibit 2 is a true and correct copy of the July 10, 2025 deposition transcript of Mark Leone.

4.    Attached hereto as Exhibit 3 is a true and correct copy of a November 26, 2024 email chain between Mark Leone and Jason Assad of ASPI, marked as Exhibit 13 to the July 10, 2025 deposition of Mark Leone.

5.    Attached hereto as Exhibit 4 is a true and correct copy of the July 9, 2025 deposition transcript of Ivan Agapchev.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 25, 2025                    _/s/ Michael D. Blanchard_____
                                                          Michael D. Blanchard