# EXHIBIT 3

From: Mark

Sent: Tuesday, November 26, 2024 6:01 PM

To: Jason Assad

Subject: Re: Nov 26th reports

That's very considerate, thank you very much! I look forward to hearing the entire talk.

Sent from my iPhone

On Nov 26, 2024, at 5:38 PM, Jason Assad <jassad@aspisotopes.com> wrote:

The CG call scheduled for tomorrow is limited to Canaccord clients.

However, Ocean Wall will be hosting a separate call for Paul tomorrow to discuss several relevant topics. I've copied Nicky from OW, who can provide you with the recording as soon as it's available.

From: Mark <lsixers22@comcast.net>

Sent: Tuesday, November 26, 2024 4:04 PM

To: Jason Assad <jassad@ASPIsotopes.com>

Subject: Re: Nov 26th reports

Thank you for the response. I very much look forward to tomorrows chat and the days and years going forward! Thank you again!

Sent from my iPhone

On Nov 26, 2024, at 3:43 PM, Jason Assad <jassad@aspisotopes.com> wrote:

**EXHIBIT**

**13**

Mark,

Please see the release we issued a few minutes ago.

J

From: Mark <lsixers22@comcast.net>

Sent: Tuesday, November 26, 2024 3:30 PM

To: Jason Assad <jassad@ASPIsotopes.com>

Subject: Nov 26th reports

Jason, I am a big believer in your company and a significant shareholder. I hold over 100,000 shares. Could someone please respond to these ridiculous short seller allegations that were so public today? The fact that no one has come out publicly to refute these allegations is killing our stock value. I look forward to your response and the future of ASPI. Thank you.

Sincerely concerned, Mark Leone

Sent from my iPhone