**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK LEONE, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     v.<br><br>ASP ISOTOPES INC., PAUL E. MANN, and HEATHER KIESSLING,<br><br>          Defendants. | Case No. 1:24-cv-09253-CM |

**DECLARATION OF GARTH SPENCER IN SUPPORT OF**
**PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS**

I, Garth Spencer, hereby declare as follows:

1.      I am an attorney admitted to practice before this Court. I am a partner of Glancy Prongay & Murray LLP, Court-appointed Lead Counsel for Lead Plaintiff Mark Leone, counsel for additional Plaintiff Ivan Agapchev, and proposed Class Counsel. I have personal knowledge of the facts set forth herein and if called upon to testify, I could and would do so truthfully and accurately. I make this declaration, together with the attached exhibits, in support of Plaintiffs' opposition to Defendants' motion to dismiss.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of highlighted and redacted (for personal health information) excerpts of a transcript of the deposition of Lead Plaintiff Mark Leone in the above-captioned matter, dated July 10, 2025.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of highlighted excerpts of a transcript of the deposition of Plaintiff Ivan Agapchev in the above-captioned matter, dated July 9, 2025.

1

2

4.      Attached hereto as **Exhibit 3** is a true and correct copy of a press release issued by ASP Isotopes, Inc. on November 26, 2024 titled, "ASP Isotopes Inc. Responds to Short Seller Report," available at:

https://www.globenewswire.com/news-release/2024/11/26/2987787/0/en/ASP-Isotopes-Inc-Responds-to-Short-Seller-Report.html

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.  Executed this 25th day of July 2025.

_/s/ Garth Spencer_____
Garth Spencer

2

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On July 25, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 25, 2025.

*/s/ Garth Spencer*
Garth Spencer