# Exhibit 2

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK LEONE, Individually )
and on Behalf of All      )
Others Similarly          )
Situated,                 )
                          )
    Plaintiff,            )
                          ) Case No.
V.                        ) 1:24-cv-09253-CM
                          )
ASP ISOTOPES INC., PAUL   )
E. MANN, and HEATHER      )
KIESSLING.                )
                          )
    Defendants.           )
                          )

ZOOM VIDEOTAPED DEPOSITION OF IVAN AGAPCHEV

Hermosa Beach, California

Wednesday, July 9, 2025

Volume I

Reported by:

LORI M. BARKLEY
CSR No. 6426
Job No. 7468962

Page 73

now going off the record.  The time is 11:49.

            (Recess taken.)

            VIDEOGRAPHER:  This begins media 3.  We're now back on the record.  The time is 12:09.

BY MS. MCNALLY:

    Q.    Mr. Agapchev, can you tell me who are the defendants in this case?

    A.    ASPI and Paul Mann.

    Q.    Do you know who Heather Kiessling is?

    A.    No.  I don't recognize.

    Q.    Do you have an understanding that she's named as a defendant as well in this case?

            MR. SPENCER:  Object to the form.

            THE WITNESS:  No.  I didn't see her name.

BY MS. MCNALLY:

    Q.    In your words, what exactly did ASPI and Mr. Mann do wrong?

    A.    So in my words, there were like statements from the CEO and news involving the company, that they are the company which specialize and are expert on the isotopes.  And they are also working -- are working on the uranium enrichment.

And there was statements that the technology of uranium enrichment is a top notch and the best. And there were like some comparisons to other methods of uranium enrichment.

And in that comparison, they -- I believe there are other methods and ASPI stated that their method the most efficient and like one of the best if not the best.

So also they stated that they are building the plant were they were going to enrich uranium. And all these statements from the company made impression this company is already working on this -- on the uranium enrichment and that is why actually I was interested in this company because first I was interested in the sector.

As I said about the competitors from Russia and all these sanctions. So then I got to the sector and ASPI itself. And I was pretty much sure that they are working on uranium enrichment.

However, that was not true.

Q.    I'd like you to go to tab 15 in your binder. And this is ASPI form 10-K.

Do you see that?

A.    Yes.

Q.    Are you familiar with this document?

production.

So the timing is important. If it's from April, they might say this. But even so, it's -- I don't see where it says that ASPI has never tested the enrichment of uranium.

It says we also plan to begin researching the enrichment of uranium. But I don't see where it says we as a company have never tested this method of enrichment uranium.

So if I saw that they've never tried it, they've never tested it, it's all assumptions, I'm not sure if I would ever invest into this company.

Q. Research companies were testing, right?

MR. SPENCER: Object to form.

THE WITNESS: So, again, as I said, it's all about timing. And when I was trading the company, the company was stating that they are building or going to build the plant where they going to enrich uranium.

So that I was sure that they tried, they tested the method and it was successful.

BY MS. MCNALLY:

Q. The amended complaint refers to an interview that Mr. Mann had with Canaccord, right?

A. Yes. There was.

Q.   Did you ever listen to that interview?

A.   Are we talking about the one after the short report?

Q.   Yes.

A.   I believe I listened to it.

Q.   When did you listen to it?

A.   When it came out.  Probably the same day.

Q.   Have you ever seen or reviewed a transcript of that interview?  Like a written transcript of it?

A.   I don't recall.  But I listened to it.

Q.   Do you remember on what platform you listened to it?

A.   I don't remember the platform.

Q.   Do you remember if you had to login or pay for it?

A.   For sure, I didn't pay for it.  About login, I don't think that I had to login.  But I may be wrong because I listen to a lot of conference call like earnings report from other companies where I had to login.  So it may be mixing in my head.

Q.   Do you know how you can get a copy of the Canaccord interview?

A.   Yeah.  I can ask my lawyers.  For sure they have it.

Q.   Why do you think for sure they have it?

Page 118

STATE OF CALIFORNIA           ) ss.

COUNTY OF LOS ANGELES          )


          I, Lori M. Barkley, CSR No. 6426, do hereby certify:

          That the foregoing deposition proceedings were taken before me at the time and place therein set forth and were recorded stenographically by me, and were thereafter transcribed under my direction and supervision, and that the foregoing pages contain a full, true and accurate record of all proceedings and testimony to the best of my skill and ability.

          I further certify that I am neither counsel for any party to said action, nor am I related to any party to said action, nor am I in any way interested in the outcome thereof.

          IN WITNESS WHEREOF, I have subscribed my name this 11th day of July, 2025.

               LORI M. BARKLEY, CSR No. 6426