**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MARK LEONE, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>ASP ISOTOPES INC., PAUL E. MANN, and HEATHER KIESSLING,<br><br>    Defendants. | Case No. 1:24-cv-9253-CM |

**DECLARATION OF MICHAEL D. BLANCHARD**
**IN SUPPORT OF DEFENDANTS' REPLY MEMORANDUM OF LAW IN**
**SUPPORT OF MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

I, Michael D. Blanchard, declare pursuant to 28 U.S.C. § 1746:

1.      I am a partner of the law firm Morgan, Lewis & Bockius LLP, attorneys for Defendants ASP Isotopes Inc. ("ASPI"), Paul E. Mann, and Heather Kiessling (together "Defendants") in the above-captioned action.  I submit this declaration in support of Defendants' Reply Memorandum of Law in Support of Motion to Dismiss the Amended Class Action Complaint.

2.      Attached hereto as Exhibit 3[1] is a true and correct copy of relevant excerpts of ASPI's Form 424B5, filed with the SEC on October 31, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 15, 2025                  */s/ Michael D. Blanchard*
                                          Michael D. Blanchard

---

[1]      For ease of reading, Defendants continue the numeration of exhibits where they left off in their moving brief.  *See* ECF No. 43 (attaching Exhibits 1 and 2).