**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK LEONE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ASP ISOTOPES INC., PAUL E. MANN, and HEATHER KIESSLING, <br><br> Defendants. | Case No. 1:24-cv-09253-CM |

**DECLARATION OF GARTH SPENCER IN SUPPORT OF**
**PLAINTIFFS' CLASS CERTIFICATION REPLY BRIEF**

I, Garth Spencer, hereby declare as follows:

1.      I am an attorney admitted to practice before this Court. I am a partner of Glancy Prongay & Murray LLP ("GPM"), Court-appointed Lead Counsel for Lead Plaintiff Mark Leone, counsel for additional Plaintiff Ivan Agapchev, and proposed Class Counsel. I have personal knowledge of the facts set forth herein and if called upon to testify, I could and would do so truthfully and accurately. I make this declaration, together with the attached exhibits, in support of Plaintiffs' reply brief filed in support of their motion for class certification.[1]

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Reply Report of Zahn Bozanic, Ph.D., dated August 5, 2025.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiffs' Joint Declaration In Support Of Class Certification Reply Brief, dated August 7, 2025.

---

[1] Capitalized terms used but not defined herein have the same meanings as in the Amended Class Action Complaint for Violations of the Federal Securities Laws, ECF No. 28.

2

4.      Attached hereto as **Exhibit 3** is a true and correct copy of a financial interest analysis prepared by GPM calculating Mr. Leone's losses arising from his Class Period transactions in ASPI common stock in his individual retirement account.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.  Executed this 15th day of August 2025.

*/s/ Garth Spencer*
Garth Spencer

**<u>PROOF OF SERVICE</u>**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On August 15, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 15, 2025.


*/s/ Garth Spencer*
Garth Spencer