# Exhibit 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK LEONE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ASP ISOTOPES INC., PAUL E. MANN, and HEATHER KIESSLING, <br><br> Defendants. | Case No. 1:24-cv-09253-CM |

**PLAINTIFFS' JOINT DECLARATION IN SUPPORT OF**
**CLASS CERTIFICATION REPLY BRIEF**

We, Mark Leone and Ivan Agapchev, declare as follows:

1. Mark Leone is the Court-appointed Lead Plaintiff, and Ivan Agapchev is a named plaintiff, in the above-captioned lawsuit. We are both moving to be appointed as representatives for the proposed Class of investors in ASP Isotopes Inc. ("ASPI"). We submit this joint declaration in connection with the reply brief filed in support of our motion for class certification.

2. In addition to our June 19, 2025 call referred to in our previously filed declarations, on July 31, 2025 we participated in a call with each other and with our counsel, Glancy Prongay & Murray LLP, and on August 7, 2025 we participated in a call with each other that did not include our counsel. Among the topics we discussed on these calls were our plans for continued cooperation and communication to jointly oversee this lawsuit and the work of our lawyers, to advance the interests of all Class members. For example, we discussed our plans to regularly obtain updates from counsel about the progress of the litigation, and to use our independent judgment as to whether any proposed settlement or request for attorney fees is reasonable and fair to Class

1

members like us. We have each other's phone numbers and email addresses and plan to remain in contact about significant developments in this lawsuit.

3.      We believe that our jointly moving to serve as class representatives strengthens the Class's case. We believe that we are both qualified to serve as class representatives, and capable of advancing the interests of the Class of ASPI investors. By jointly moving to be appointed as representatives for the Class, if the Court determines that either of us should not serve as a class representative, or if either of us later unexpectedly becomes unable to fulfill the duties of a class representative, then the Class would continue to be represented by an investor with a strong knowledge of the case, a significant financial interest in the case, and a demonstrated commitment to advancing the Class's interests (for example, we have both already prepared for and given deposition testimony). Therefore, we support each other's requests to be named jointly as class representatives, so that together we can better protect the interests of all Class members.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of August, 2025 in West Deptford, New Jersey.

_____
Mark Leone

Executed this 7th day of August, 2025 in Hermosa Beach, California.

_____
Ivan Agapchev

2