# Exhibit 3

## Financial Interest Analysis

**Company Name:** ASP Isotopes Inc.
**Ticker:** ASPI
**Class Period:** September 26, 2024 to November 26, 2024
**Name:** Mark Leone

### ASP Isotopes Transactions in Schwab IRA Account

| Trade Date* | Settlement Date | Shares | Price Bought | Price Sold |
|---|---|---|---|---|
| 11/4/2024 | 11/5/2024 | 1,000 | $7.2900 | |
| 11/4/2024 | 11/5/2024 | 1,373 | $7.4071 | |
| 11/14/2024 | 11/15/2024 | 18 | $8.3100 | |
| 1/2/2025 | 1/3/2025 | 609 | $4.9700 | |
| 1/2/2025 | 1/3/2025 | 1,000 | $4.9700 | |
| 2/3/2025 | 2/4/2025 | -1,000 | | $5.7110 |
| 2/14/2025 | 2/18/2025 | -1,000 | | $5.6400 |
| 5/21/2025 | 5/22/2025 | -1,000 | | $8.2500 |
| 5/21/2025 | 5/22/2025 | -1,000 | | $8.0513 |

**Shares Retained:** 0

### Class Period Loss in Schwab IRA Account

| Trade Date* | Settlement Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|---|
| 11/4/2024 | 11/5/2024 | 1,000 | $7.2900 | -$7,290.0000 | | $0.0000 | -$7,290.00 |
| 11/4/2024 | 11/5/2024 | 1,373 | $7.4071 | -$10,169.9483 | | $0.0000 | -$10,169.95 |
| 11/14/2024 | 11/15/2024 | 18 | $8.3100 | -$149.5800 | | $0.0000 | -$149.58 |
| 2/14/2025 | 2/18/2025 | -391 | | $0.0000 | $5.6400 | $2,205.2400 | $2,205.24 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Shares Retained:** | | **2,000** | | | | **Subtotal:** | **-$15,404.29** |
| | | | | **90-Day Average Price** | | **90-Day Average:** | **$10,405.34** |
| | | | | $5.2027 | | **Total:** | **-$4,998.94** |

Notes

The 90-Day Average Price used in this financial interest analysis is the average closing price between November 27, 2024 and February 24, 2025. Any shares sold post-Class Period and before February 24, 2025 are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.

For the Class Period Loss, shares purchased post-Class Period and sold post-Class Period are matched and removed using the Last-In, First-Out ("LIFO") methodology.

*The account records used reflect settlement dates, and the trade dates listed on the loss chart have been calculated as one trading day before the settlement date.