# Morgan Lewis

**Michael D. Blanchard**
Partner
+1.860.240.2945
michael.blanchard@morganlewis.com

December 16, 2025

**VIA ECF**

Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:    *Leone v. ASP Isotopes Inc., et al.*, 24-cv-09253 (CM)**

Dear Judge McMahon:

Pursuant to Paragraph I.D. of the Court's Individual Practices and Procedures, Defendants ASP Isotopes Inc., Paul E. Mann, and Heather Kiessling ("Defendants") hereby respectfully request an extension of time, up to and including January 15, 2026, to answer Plaintiff's Amended Class Action Complaint (Dkt. 25) (the "Complaint"). In support of this request, Defendants state as follows:

1. In light of the Court's decision denying Defendants' motion to dismiss, the current deadline to respond to the Complaint is December 18, 2025.

2. On December 12, 2025, the parties submitted a proposed Civil Case Management Plan which provided, *inter alia*, a deadline to answer the Complaint. Dkt. 59. On December 15, 2025, the Court rejected the proposed Civil Case Management Plan, including the answer deadline, and scheduled a conference for January 8, 2026. Dkt. 60. The extension sought herein would set Defendants' deadline to respond to the Complaint for one week after the scheduled conference.

3. Defendants respectfully seek additional time to answer the Complaint, which is 42 pages in length and contains 137 paragraphs as well as lengthy subparagraphs, particularly in light of the current and forthcoming winter holidays.

4. There have been no previous requests for any extensions of this deadline beyond that included in the proposed Civil Case Management Plan.

5. Plaintiff consents to the extension sought herein.

6. There are no other scheduled dates that would be affected by the requested extension.

Defendants sincerely appreciate the Court's attention to this request.

*OK*

*Colleen McMahon*

12/18/2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2025

**Morgan, Lewis & Bockius LLP**

One State Street
Hartford, CT 06103-3178
United States

☎ +1.860.240.2700
📠 +1.860.240.2701

The Honorable Colleen McMahon
December 16, 2025
Page 2

Respectfully Submitted,

Michael D. Blanchard


cc:   All counsel (via ECF)