**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
LEONE,

<table>
<tr><td>Plaintiff,</td><td align="center"><b><u>ORDER</u></b></td></tr>
<tr><td>-against-</td><td align="center"><b>24-CV-9253 (CM) (JW)</b></td></tr>
<tr><td>ASP ISOTOPES INC. <i>et al.</i>,</td><td></td></tr>
<tr><td>Defendants.</td><td></td></tr>
</table>

------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's request for a pre-motion conference at Dkt. No. 71 and Defendants' subsequent response at Dkt. No. 22. Plaintiff's request for a pre-motion conference is **DENIED**. However, Plaintiff is **GRANTED** leave to file a motion to compel to further brief this issue. The briefing schedule shall be as follows:

- Plaintiff's motion to compel: **March 26, 2026**

- Defendants' response: **April 9, 2026**

- Plaintiff's reply: **April 16, 2026**

The parties are ordered to appear for oral argument on the motion to compel on **April 28, 2026 at 11:00 AM**. The conference will take place in Courtroom 228, Thurgood Marshall Courthouse at 40 Foley Square, New York, NY.

**The Clerk of Court is respectfully requested to close Dkt. No. 71.**

SO ORDERED.

DATED:    New York, New York
          March 12, 2026

_____
JENNIFER E. WILLIS
United States Magistrate Judge