**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK LEONE, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:24-cv-09253-CM |
| Plaintiff, | Honorable Jennifer E. Willis |
| v. | |
| ASP ISOTOPES INC., PAUL E. MANN, and HEATHER KIESSLING, | |
| Defendants. | |

**NOTICE OF PLAINTIFF MARK LEONE'S MOTION**
**TO COMPEL DEFENDANTS TO PRODUCE DOCUMENTS**

PLEASE TAKE NOTICE that, pursuant to the Court's Order dated March 12, 2026 (ECF No. 73), on April 28, 2026 at 11:00 a.m. in Courtroom 228, Thurgood Marshall Courthouse at 40 Foley Square, New York, NY, before the Honorable United States Magistrate Judge Jennifer E. Willis, plaintiff Mark Leone will and hereby does move the Court, pursuant to Fed. R. Civ. P. 26, 34, and 37, for an order compelling Defendants ASP Isotopes Inc. ("ASPI") and Paul E. Mann to produce relevant documents from ASPI's South African email domain (aspisotopes.co.za). This motion is based on: this Notice of Motion; the Memorandum of Law in support thereof; the Declaration of Garth Spencer; all exhibits thereto; all pleadings and papers filed in this action; arguments of counsel; and any other matters properly before the Court.

1

DATED: March 26, 2026       Respectfully submitted,

**GLANCY PRONGAY WOLKE & ROTTER LLP**

By: */s/  Garth Spencer*
Garth Spencer (GS-7623)
Robert V. Prongay
John C. Roberts (*pro hac vice*)
Amir A. Soleimanpour (*pro hac vice* forthcoming)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: gspencer@glancylaw.com
      rprongay@glancylaw.com
      jroberts@glancylaw.com
      asoleimanpour@glancylaw.com

Gregory B. Linkh (GL-0477)
230 Park Ave., Suite 358
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
Email: glinkh@glancylaw.com

*Counsel for Lead Plaintiff Mark Leone and Class*

## PROOF OF SERVICE

True and correct copies of the foregoing document were served on counsel of record by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York.


Dated: March 26, 2026                    */s/ Garth Spencer*
                                         Garth Spencer