**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK LEONE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ASP ISOTOPES INC., PAUL E. MANN, and HEATHER KIESSLING, <br><br> Defendants. | Case No. 1:24-cv-09253-CM |

**DECLARATION OF GARTH SPENCER IN SUPPORT OF**
**PLAINTIFF'S MOTION TO COMPEL PRODUCTION**

I, Garth Spencer, hereby declare as follows:

1. I am an attorney admitted to practice before this Court. I am a partner of Glancy Prongay Wolke & Rotter LLP, counsel for Plaintiff Mark Leone and the Class. I have personal knowledge of the facts set forth herein and if called upon to testify, I could and would do so truthfully and accurately. I make this declaration, together with the attached exhibits, in support of Plaintiff's motion to compel production.

2. Plaintiff's counsel conferred with counsel for Defendants, who granted permission to publicly file certain documents marked as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY that are included as exhibits hereto.  Plaintiff is concurrently moving to file under seal those documents designated as Confidential Information by Defendants for which they have not authorized public filing.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a pdf version of a Microsoft Excel spreadsheet titled "STR Report 2026.03.12 Plaintiff's Counter Proposal" that

1

Defendants' counsel emailed to Plaintiff's counsel on March 12, 2026. This document has been designated by Defendants as Confidential Information, and is withheld from public filing pursuant to the Stipulation And Confidentiality Order (ECF No. 68).

4.      Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the Form 10-K for the year ended December 31, 2024, as filed on SEC EDGAR by ASP Isotopes Inc. on March 31, 2025, which was obtained from the following website:

https://www.sec.gov/Archives/edgar/data/1921865/000095017025047694/aspi-20241231.htm.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of a document Bates stamped ASPI_00018593 through ASPI_00018595, produced in discovery by Defendants in this Action and designated by Defendants as Confidential Information. This document has been withheld from public filing pursuant to the Stipulation And Confidentiality Order (ECF No. 68).

6.      Attached hereto as **Exhibit 4** is a true and correct copy of a document Bates stamped ASPI_00023182, produced in discovery by Defendants in this Action.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of a document Bates stamped ASPI_00017482, produced in discovery by Defendants in this Action.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of an email Bates stamped ASPI_00010275, along with an attachment to the email Bates stamped ASPI_00010276 through ASPI_00010278, produced in discovery by Defendants in this Action. Defendants designated the attachment as Confidential Information and it has been withheld from public filing pursuant to the Stipulation And Confidentiality Order (ECF No. 68).

9.      Attached hereto as **Exhibit 7** is a true and correct copy of an email Bates stamped ASPI_00010232, along with an attachment to the email Bates stamped ASPI_00010233 through ASPI_00010270, produced in discovery by Defendants in this Action. Defendants designated the

2

attachment as Confidential Information and it has been withheld from public filing pursuant to the Stipulation And Confidentiality Order (ECF No. 68).

10.    Attached hereto as **Exhibit 8** is a true and correct copy of a document Bates stamped ASPI_00006915, produced in discovery by Defendants in this Action.

11.    Attached hereto as **Exhibit 9** is a true and correct copy of a document Bates stamped ASPI_00006916, produced in discovery by Defendants in this Action.

12.    Attached hereto as **Exhibit 10** is a true and correct copy of a document Bates stamped ASPI_00006914, produced in discovery by Defendants in this Action.

13.    Attached hereto as **Exhibit 11** is a true and correct copy of an email Bates stamped ASPI_00015452, along with an attachment to the email Bates stamped ASPI_00015454 through ASPI_00015479, produced in discovery by Defendants in this Action. Defendants designated the attachment as Confidential Information and it has been withheld from public filing pursuant to the Stipulation And Confidentiality Order (ECF No. 68).

14.    Attached hereto as **Exhibit 12** is a true and correct copy of an email Bates stamped ASPI_00015780, along with an attachment to the email Bates stamped ASPI_00015781 through ASPI_00015804, produced in discovery by Defendants in this Action. Defendants designated the attachment as Confidential Information and it has been withheld from public filing pursuant to the Stipulation And Confidentiality Order (ECF No. 68).

15.    Attached hereto as **Exhibit 13** is a true and correct copy of an email chain Bates stamped ASPI_00027524, along with an attachment, Bates stamped ASPI_00013801 through ASPI_00013824, to the first email in the chain, produced in discovery by Defendants in this Action. Defendants designated the attachment as Confidential Information and it has been withheld from public filing pursuant to the Stipulation And Confidentiality Order (ECF No. 68).

16.     Attached hereto as **Exhibit 14** is a true and correct copy of a document Bates stamped ASPI_00026143 through ASPI_00026155, produced in discovery by Defendants in this Action.

17.     Attached hereto as **Exhibit 15** is a true and correct copy of a document Bates stamped ASPI_00019416 through ASPI_00019417, produced in discovery by Defendants in this Action.

18.     Attached hereto as **Exhibit 16** is a true and correct copy of a document Bates stamped ASPI_00011366 through ASPI_00011367, produced in discovery by Defendants in this Action.

19.     Attached hereto as **Exhibit 17** is a true and correct copy of a document Bates stamped ASPI_00028210, produced in discovery by Defendants in this Action.

20.     Attached hereto as **Exhibit 18** is a true and correct copy of a document Bates stamped ASPI_00023851 through ASPI_00023855, produced in discovery by Defendants in this Action.

21.     Attached hereto as **Exhibit 19** is a true and correct copy of an email Bates stamped ASPI_00015437 through ASPI_00015443, along with an attachment to the email Bates stamped ASPI_00015450 through ASPI_00015451, produced in discovery by Defendants in this Action.

22.     Attached hereto as **Exhibit 20** is a true and correct copy of a document Bates stamped ASPI_00019802 through ASPI_00019809, produced in discovery by Defendants in this Action.

23.     Attached hereto as **Exhibit 21** is a true and correct copy of a document Bates stamped ASPI_00025290 through ASPI_00025310, produced in discovery by Defendants in this Action.

4

24.     Attached hereto as **Exhibit 22** is a true and correct copy of a document Bates stamped ASPI_00025311 through ASPI_00025331, produced in discovery by Defendants in this Action.

25.     Attached hereto as **Exhibit 23** is a true and correct copy of a document Bates stamped ASPI_00025248 through ASPI_00025268, produced in discovery by Defendants in this Action.

26.     Attached hereto as **Exhibit 24** is a true and correct copy of a document Bates stamped ASPI_00025269 through ASPI_00025289, produced in discovery by Defendants in this Action.

27.     Attached hereto as **Exhibit 25** is a true and correct copy of a document Bates stamped ASPI_00025220 through ASPI_00025247, produced in discovery by Defendants in this Action.

28.     Attached hereto as **Exhibit 26** is a true and correct copy of the transcript of the conference held on January 12, 2018 in the matter of *Christine Asia Co. v. Alibaba Grp. Holding Ltd.*, No. 15-md-2631 (S.D.N.Y.).

29.     Attached hereto as **Exhibit 27** is a true and correct copy of excerpts of the Form 10-Q for the quarter ended September 30, 2025, as filed on SEC EDGAR by ASP Isotopes Inc. on November 19, 2025, which was obtained from the following website: https://www.sec.gov/Archives/edgar/data/1921865/000119312525288168/aspi-20250930.htm.

30.     Attached hereto as **Exhibit 28** is a true and correct copy of the Memorandum and Order filed in *In re Air Cargo Shipping Services Antitrust Litig.*, Case No. 1:06-md-01775 (E.D.N.Y., Nov. 23, 2010), at ECF No. 1324.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.  Executed this 26th day of March 2026.

*/s/ Garth Spencer*
Garth Spencer

## PROOF OF SERVICE

True and correct copies of the foregoing document and its publicly filed exhibits were served on counsel of record by posting the documents electronically to the ECF website of the United States District Court for the Southern District of New York.

True and correct copies of the exhibits withheld from public filing were served on counsel of record through a file sharing platform.


Dated: March 26, 2026

*/s/ Garth Spencer*

Garth Spencer