# Redacted Exhibit 7

---

Message

**From:** Josua Oosthuizen
[Josua.Oosthuizen@aspisotopes.co.za]
**Sent:** 12/4/2024 8:07:41 AM
**To:** Paul Mann
[pmann@ASPIsotopes.com]; Robert
Ainscow
[rainscow@ASPIsotopes.com];
Heather Kiessling
[HKiessling@ASPIsotopes.com]
**CC:** Hendrik Strydom
[hendrik.strydom@aspisotopes.co.za]
**Subject:** QE recap and 2025 plan
**Attachments:**QE 2025 plan 20241201.pptx

External (josua.oosthuizen@aspisotopes.co.za)



Report This Email

---

Hi all,

Hendrik and I presented the attached 2025 plan for Quantum Enrichment to our team earlier this week and I thought it good to share it with you too.

We've managed to progress the Yb-176 QE project significantly over the last year. Some of the notable events include:
- Completing the project to a point where enrichment was shown. This entailed the design, procurement, construction and initial commissioning of the Yb-176 QE plant.
- Negotiating with the laser suppliers to start manufacturing ahead of the export permit approval, and then obtaining the export permits in two months! This resulted in a huge schedule advantage.
- CSIR stopping construction for two weeks and our team working hard to compile and submit all necessary paperwork to enable the construction to continue.
- Developing a CVL prototype (Synertronic/Timo).
- Completing phase one of the Stellenbosch University research agreement.
- Working with Wits University on a beam shaping design.
- Difficulty in commissioning the TOF. Effort to reach fully operational status continues.
- Employment of three new resources (Leerin, Zane and Viaan)
- Signed MOU with NECSA allowing us produce HALEU.

I am thrilled about the possibilities that 2025 holds and am eagerly looking forward to the opportunity to transform the capital we've raised into fully operational QE plants. Next year promises significant advancements, and I'm excited to see how our efforts will come to fruition, driving growth in our operations.

Regards,
Josua

CONFIDENTIAL

# Document Designated As Confidential Information Filed Under Seal