# Exhibit 9

Appointment

| | |
|---|---|
| **From:** | Paul Mann [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=32705403533f4749a0da067786378527-pmann] |
| **Sent:** | 8/25/2024 5:00:44 AM |
| **To:** | Paul Mann [pmann@ASPIsotopes.com]; Heino Van Wyk [heino.vanwyk@aspisotopes.co.za] |
| **CC:** | Robert Ainscow [rainscow@ASPIsotopes.com]; Heather Kiessling [HKiessling@ASPIsotopes.com]; Edward Hoskin [EHoskin@ASPIsotopes.com] |

| | |
|---|---|
| **Subject:** | TerraPower Prep Session - Engineering |
| **Location:** | B46 Boardroom |

| | |
|---|---|
| **Start:** | 8/26/2024 6:00:00 AM |
| **End:** | 8/26/2024 6:30:00 AM |
| **Show Time As:** | Busy |

| | |
|---|---|
| **Required Attendees:** | Heino Van Wyk |
| **Optional Attendees:** | Robert Ainscow; Heather Kiessling; Edward Hoskin |

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　ASPI_00006916