# Exhibit 10

Appointment
_____

| | |
|---|---|
| **From**: | Paul Mann [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=32705403533f4749a0da067786378527-pmann] |
| **Sent**: | 8/25/2024 4:57:48 AM |
| **To**: | Paul Mann [pmann@ASPIsotopes.com]; Xandra Van Heerden [Xandra.vanheerden@aspisotopes.co.za]; Hendrik Strydom [hendrik.strydom@aspisotopes.co.za]; Josua Oosthuizen [Josua.Oosthuizen@aspisotopes.co.za]; Robert Ainscow [rainscow@ASPIsotopes.com]; Edward Hoskin [EHoskin@ASPIsotopes.com]; Heather Kiessling [HKiessling@ASPIsotopes.com] |

| | |
|---|---|
| **Subject**: | TerraPower Prep Session - R&D |
| **Location**: | B46 Boardroom |

| | |
|---|---|
| **Start**: | 8/26/2024 5:00:00 AM |
| **End**: | 8/26/2024 5:30:00 AM |
| **Show Time As**: | Busy |

| | |
|---|---|
| **Required Attendees**: | Xandra Van Heerden; Hendrik Strydom; Josua Oosthuizen; Robert Ainscow; Edward Hoskin; Heather Kiessling |

 ASPI_00006914