# Redacted Exhibit 11

Message
_____

**From:** Josua Oosthuizen
[Josua.Oosthuizen@aspisotopes.co.za]
**Sent:** 8/27/2024 9:30:25 AM
**To:** Paul Mann
[pmann@ASPIsotopes.com]
**CC:** Hendrik Strydom
[hendrik.strydom@aspisotopes.co.za]
**Subject:** FW: Production Forecast, 27 Aug
2024.xlsx
**Attachments:**Production Forecast, 27 Aug 2024.xlsx;
Laser slide deck TerraPower Visit 28
Aug 2024 revC.pptx

External (josua.oosthuizen@aspisotopes.co.za)



Report This Email

Hi Paul,

We've added a last slide on our laser deck. It shows our production forecast for QE enriched isotopes. Could be valuable to show TP our thinking in terms of future growth. I've included the excel if you want to make any changes.

Regards,
Josua

**From:** Hendrik Strydom <hendrik.strydom@aspisotopes.co.za>
**Sent:** Tuesday, August 27, 2024 3:14 PM
**To:** Josua Oosthuizen <Josua.Oosthuizen@aspisotopes.co.za>
**Subject:** Production Forecast, 27 Aug 2024.xlsx

CONFIDENTIAL

ASPI_00015452

# Document Designated As Confidential Information Filed Under Seal