# Redacted Exhibit 12

## Message

| | |
|---|---|
| **From:** | Hendrik Strydom [hendrik.strydom@aspisotopes.co.za] |
| **Sent:** | 7/10/2024 5:02:48 AM |
| **To:** | Paul Mann [pmann@ASPIsotopes.com]; Josua Oosthuizen [Josua.Oosthuizen@aspisotopes.co.za] |
| **Subject:** | Laser Slide deck for Itochu Visit |
| **Attachments:** | Laser slide deck, Itochu Visit, 11 July 2024.pptx |

External (hendrik.strydom@aspisotopes.co.za)

**Importance:** High



Report This Email

Hi Paul/Josua,

Please find attached cleaned up laser slide deck for the Itochu visit.

Thanks

Hendrik

CONFIDENTIAL

ASPI_00015780

# Document Designated As Confidential Information Filed Under Seal