# Redacted Exhibit 13

Message

| From: | Paul Mann [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=32705403533F4749A0DA067786378527-PMANN] |
| --- | --- |
| Sent: | 11/4/2024 1:42:02 AM |
| To: | Josua Oosthuizen [Josua.Oosthuizen@aspisotopes.co.za] |
| CC: | Hendrik Strydom [hendrik.strydom@aspisotopes.co.za] |
| Subject: | RE: Laser slide deck BWXT Visit 4 Nov 2024 revA.pptx |

That's perfect.

**From:** Josua Oosthuizen <Josua.Oosthuizen@aspisotopes.co.za>
**Sent:** Monday, November 4, 2024 7:48 AM
**To:** Paul Mann <pmann@ASPIsotopes.com>
**Cc:** Hendrik Strydom <hendrik.strydom@aspisotopes.co.za>
**Subject:** Laser slide deck BWXT Visit 4 Nov 2024 revA.pptx

 External (josua.oosthuizen@aspisotopes.co.za)

Report This Email

Hi Paul,

Do you have a laser slide deck that you want us to present today? Else I have updated the Terrapower slide deck we presented in August (attached).

Regards,
Josua

CONFIDENTIAL                                                                                                    ASPI_00027524

# Document Designated As Confidential Information Filed Under Seal