# Exhibit 14

Message

| | |
|---|---|
| **From:** | Arnaud Bucci [arnaud.bucci@blykalla.com] |
| **Sent:** | 11/14/2024 1:43:13 AM |
| **To:** | Paul Mann [pmann@ASPIsotopes.com]; Viktor Petkov [VPetkov@ASPIsotopes.com] |
| **CC:** | 'Janne Wallenius' [janne@blykalla.com] |
| **Subject:** | RE: Enquiry for 15NH3 (Blykalla) |
| **Attachments:** | Blykalla Introduction to ASPI.pdf |

External (arnaud.bucci@blykalla.com)



Report This Email

Dear Paul and Viktor,

thanks again for welcoming us, for the constructive discussions and for great food/wine yesterday!

Please find attached our presentation, we will circulate some notes from the meeting in the coming days.

Good luck at Necsa today!

Best regards,

Arnaud Bucci
Head of Sourcing

E:  arnaud.bucci@blykalla.com
T:  +46 76 542 25 27



---

**From:** Paul Mann <pmann@ASPIsotopes.com>
**Sent:** Tuesday, 12 November 2024 06:16
**To:** Arnaud Bucci <arnaud.bucci@blykalla.com>; Viktor Petkov <VPetkov@ASPIsotopes.com>
**Cc:** Janne Wallenius <janne@blykalla.com>; colin.vague@aspisotopes.co.za
**Subject:** RE: Enquiry for 15NH3 (Blykalla)

Arnaud,
9:30 start is perfect. Lets meet in the hotel lobby. We will either go to a meeting room in the hotel or straight to our R&D facilities and conduct the meeting there. After the meeting, we will tour our facilities so you can see out isotope enrichment facilities.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ASPI_00026143

See you on Wednesday,
Best wishes,
Paul.

---

**From:** Arnaud Bucci <arnaud.bucci@blykalla.com>
**Sent:** Monday, November 11, 2024 9:52 PM
**To:** Viktor Petkov <VPetkov@ASPIsotopes.com>
**Cc:** Paul Mann <pmann@ASPIsotopes.com>; Janne Wallenius <janne@blykalla.com>; colin.vague@aspisotopes.co.za
**Subject:** Re: Enquiry for 15NH3 (Blykalla)

Thanks Viktor for arranging and Colin for meeting us at the airport, much appreciated!

We haven't discussed when we should meet on Wednesday morning, maybe 9:30 so we have time to get a few hours of sleep and deal with emails before starting our meeting?

Best,

Arnaud

On Mon, 11 Nov 2024 at 18:59, Viktor Petkov <VPetkov@aspisotopes.com> wrote:

> Hi Arnaud,
>
> We will arrange the pick up for you. I've copied Colin who will be meeting you at the airport .
>
> We are looking forward to seeing you in a couple of days!
>
> Regards,
> Viktor

**From:** Arnaud Bucci <arnaud.bucci@blykalla.com>
**Sent:** Monday, November 11, 2024 6:01 PM
**To:** Paul Mann <pmann@ASPIsotopes.com>; Viktor Petkov <VPetkov@ASPIsotopes.com>
**Cc:** 'Janne Wallenius' <janne@blykalla.com>
**Subject:** RE: Enquiry for 15NH3 (Blykalla)

Thanks for your quick and positive feedback Paul!

Collection at the airport and delivery at the hotel would indeed be appreciated after this long trip.
Please let me know if you need any specific information @Viktor Petkov, our flight number is KL0591 operated by KLM and coming from Amsterdam.

See you soon!

Arnaud Bucci

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Head of Sourcing

E: arnaud.bucci@blykalla.com
T: +46 76 542 25 27



---

**From:** Paul Mann <pmann@ASPIsotopes.com>
**Sent:** Monday, 11 November 2024 16:55
**To:** Arnaud Bucci <arnaud.bucci@blykalla.com>
**Cc:** Viktor Petkov <VPetkov@ASPIsotopes.com>; Janne Wallenius <janne@blykalla.com>
**Subject:** Re: Enquiry for 15NH3 (Blykalla)

That looks like a great schedule.

Do you require collection from airport and delivery to hotel? Most visitors do. Viktor - if an airport pick up is required please can you coordinate with Colin.

Thanks.
Paul.

Sent from my iPhone - Please excuse typos.

On Nov 11, 2024, at 4:33 PM, Arnaud Bucci <arnaud.bucci@blykalla.com> wrote:

Dear Paul and Viktor,

we hope that you are keeping well and had a safe trip to South Africa!

I have already shared our travel details (see attached) and confirm that we have booked the Lynnwood Bridge City Lodge as an accommodation.
We will be traveling from early morning tomorrow so we won't be reachable until we have landed in Pretoria.

We haven't discussed any agenda yet so please let us make a proposal and adjust it to fit the day if necessary:
1.    Blykalla presentation and business update
2.    ASPI presentation and business update
3.    N15 technology deep dive, capacity development and trial batch/proof of concept (see minutes from previous email)
4.    HALEU technology deep dive, capacity and development timeline
5.    N15 and HALEU costs estimates
6.    MoU proposal

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7.     Site visit
8.     Wrap-up and next steps.

We look forward to meeting you on Wednesday in Pretoria!

Arnaud Bucci
Head of Sourcing

E:  arnaud.bucci@blykalla.com
T:  +46 76 542 25 27

<image002.jpg>

---

**From:** Viktor Petkov <VPetkov@ASPIsotopes.com>
**Sent:** Tuesday, 8 October 2024 10:32
**To:** Jordan Crowell <jordan.crowell@blykalla.com>; Arnaud Bucci <arnaud.bucci@blykalla.com>
**Cc:** Paul Mann <pmann@ASPIsotopes.com>; Janne Wallenius <janne@blykalla.com>; Merja Pukari <merja@blykalla.com>; Sara Clemente <sara.clemente@blykalla.com>
**Subject:** RE: Enquiry for 15NH3 (Blykalla)

Dear Blykalla team,

Thank you once again for your time last week. We found the discussion extremely valuable and are excited about the potential opportunity to collaborate in the near future.

We appreciate you sharing the call summary with action items. Please find a few minor updates from our side below (we've also attached a blackline version against your list for easy reference).

1.     **N15**
1.     Using Aerodynamic Separation Process (ASP) to produce carbon-14
2.     The same process could be used for the production of N15
3.     Planning to build a factory in Iceland and to start construction before the end of the year (site identified in close proximity to Reykjavik international airport)
4.     ASPI will come back with timing and cost for the production of a trial batch (kg scale, up to 90% purity) of N15

1.     **HALEU**
1.     ASPI uses batch processing of uranium vapor with complex laser spectroscopy
2.     Production capacity is around 20 tons of HALEU per year; the design is modular and production capacity can be expanded to address an increase in demand
3.     First test bench for HALEU production in operation for 4 weeks
4.     No specific issue with the US for uranium enrichment due to the high expected demand vs lack of capacity; shipment of HALEU from other countries into the US is not expected to be an issue
5.     MOUs in place with SMR developers for supply of HALEU; these are likely to transform into committed purchase orders following the receipt of permission to enrich uranium from one of the jurisdictions ASPI is in discussions with

1.     **Next steps**
1.     Proposal for "proof of concept" batch for N15 to be sent by ASPI
2.     Paul to send us a MOU proposal
3.     Possibility to visit the ASPI factory in Pretoria (SA) on November 13th and 14th à Blykalla will confirm availabilities ASAP.

We will get back to you in due course regarding the N15 sampe and the MOU.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Best regards,
Viktor

**Viktor Petkov**
Vice President of Business Development

<image003.png>

**ASP Isotopes Inc. (NASDAQ: ASPI)**
601 Pennsylvania Avenue NW
South Building, Suite 900
Washington DC 20004
Email: vpetkov@aspisotopes.com
Mobile: +44 741 1585715
Web: www.aspisotopes.com

---

**From:** Jordan Crowell <jordan.crowell@blykalla.com>
**Sent:** 05 October 2024 12:25
**To:** Arnaud Bucci <arnaud.bucci@blykalla.com>
**Cc:** Viktor Petkov <VPetkov@ASPIsotopes.com>; Paul Mann <pmann@ASPIsotopes.com>; Janne Wallenius <janne@blykalla.com>; Merja Pukari <merja@blykalla.com>; Sara Clemente <sara.clemente@blykalla.com>
**Subject:** Re: Enquiry for 15NH3

Hi All,

Merja and I apologize we couldn't make it, we were enroute to Japan. We look forward to meeting and discussing next time, and hopefully in person. Merja and I agree that the dates look good, but as Arnaud said we will align internally as to who is best to represent us for the site visit.

**Best Regards,**
**Jordan Crowell**
**Nuclear Engineer Blykalla AB**

On Fri, Oct 4, 2024 at 5:19 PM Arnaud Bucci <arnaud.bucci@blykalla.com> wrote:

Dear both,

thanks for a very efficient call today!

Please find below our notes from the meeting, feel free to add or amend in case we misunderstood something.

1.  **N15**

1.  Using Aerodynamic Separation Process (ASP) to produce carbon-14
2.  The same process could be used for the production of N15

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ASPI_00026147

3.  Planning to build a factory in Island and to start construction before the end of the year (exact place not chosen yet)

4.  ASPI will come back with timing and cost for the production of a trial batch (kg scale, up to 90% purity) of N15

1.  **HALEU**

1.  SP uses batch processing of uranium vapor with complex laser spectroscopy

2.  Production capacity is around 20 tons of HALEU per year

3.  First test bench for HALEU production in operation for 4 weeks

4.  No specific issue with the US for uranium enrichment due to the high expected demand vs lack of capacity

5.  MOUs in place with SMR developers for supply of HALEU

1.  **Next steps**

1.  Proposal for "proof of concept" batch for N15 to be sent by ASPI

2.  Paul to send us a MOU proposal

3.  Possibility to visit the ASPI factory in Pretoria (SA) on November 13th and 14th $\rightarrow$ Blykalla will confirm availabilities ASAP.

Have a great weekend!

Best regards,

Arnaud Bucci
Head of Sourcing

E:  arnaud.bucci@blykalla.com
T:  +46 76 542 25 27

<image002.jpg>

---

**From:** Viktor Petkov <VPetkov@ASPIsotopes.com>
**Sent:** Monday, 16 September 2024 14:20
**To:** Arnaud Bucci <arnaud.bucci@blykalla.com>
**Cc:** Paul Mann <pmann@ASPIsotopes.com>
**Subject:** RE: Enquiry for 15NH3

Hi Arnaud,

Paul has signed the NDA but not sure if this was reflected in the Scrive system. I attach the signed form in a PDF format.

Regards,
Viktor

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ASPI_00026148

**From:** Arnaud Bucci <arnaud.bucci@blykalla.com>
**Sent:** 13 September 2024 11:30
**To:** Viktor Petkov <VPetkov@ASPIsotopes.com>
**Cc:** Paul Mann <pmann@ASPIsotopes.com>
**Subject:** RE: Enquiry for 15NH3


Good morning Viktor,

hope all is well!

Our Head of Legal has accepted the proposed additions to the LOI so we can now sign it.
We use a e-signing system called Scrive, would that be acceptable for you?

I guess that Paul will be the signatory for ASPI?
Please let me know and I can initiate the process.

Thanks!

Best regards,

Arnaud Bucci
Head of Sourcing

E:  arnaud.bucci@blykalla.com
T:  +46 76 542 25 27

<image002.jpg>

**From:** Viktor Petkov <VPetkov@ASPIsotopes.com>
**Sent:** Tuesday, 10 September 2024 08:56
**To:** Arnaud Bucci <arnaud.bucci@blykalla.com>
**Cc:** Paul Mann <pmann@ASPIsotopes.com>
**Subject:** RE: Enquiry for 15NH3

Dear Arnaud,

We are doing well thanks. Hope you had a good start of the week too.

Apologies for the delay in getting back to you as our Head of Legal was on annual leave. Please see
attached a couple of minor additions in track changes which are hopefully not controversial.

Regards,
Viktor

**Viktor Petkov**
Vice President of Business Development

<image003.png>

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**ASP Isotopes Inc. (NASDAQ: ASPI)**

601 Pennsylvania Avenue NW

South Building, Suite 900

Washington DC 20004

Email: vpetkov@aspisotopes.com

Mobile: +44 741 1585715

Web: www.aspisotopes.com

---

**From:** Arnaud Bucci <arnaud.bucci@blykalla.com>
**Sent:** 09 September 2024 14:41
**To:** Viktor Petkov <VPetkov@ASPIsotopes.com>; Paul Mann <pmann@ASPIsotopes.com>
**Subject:** RE: Enquiry for 15NH3


Dear Viktor and Paul,

I hope that all is well and that you had a great weekend!

Did you hear anything back from your Legal department regarding the NDA?
Or is everything OK and can we sign it?

We should probably complete this formality before scheduling our next meeting so we can speak freely.
The next few weeks will be extremely busy for our CTO Janne but I will try to find some availabilities and come back to you.

Best regards,

Arnaud Bucci
Head of Sourcing

E:  arnaud.bucci@blykalla.com
T:  +46 76 542 25 27

<image002.jpg>

---

**From:** Viktor Petkov <VPetkov@ASPIsotopes.com>
**Sent:** Monday, 26 August 2024 09:17
**To:** Arnaud Bucci <arnaud.bucci@blykalla.com>; Paul Mann <pmann@ASPIsotopes.com>
**Subject:** RE: Enquiry for 15NH3

Dear Arnaud,

Thank you for your time too. We enjoyed the discussion and looking forward to continuing our conversation soon.

I have forwarded the NDA to our Legal department and will get back to you with any comments in the next couple of days.

Sept. 10th between 13:00-14:30 works well for me for a follow-up call. Paul?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ASPI_00026150

Regards,
Viktor

**Viktor Petkov**
Vice President of Business Development

<image003.png>

**ASP Isotopes Inc. (NASDAQ: ASPI)**
601 Pennsylvania Avenue NW
South Building, Suite 900
Washington DC 20004
Email: vpetkov@aspisotopes.com
Mobile: +44 741 1585715
Web: www.aspisotopes.com

**From:** Arnaud Bucci <arnaud.bucci@blykalla.com>
**Sent:** Friday, August 23, 2024 4:52 PM
**To:** Paul Mann <pmann@ASPIsotopes.com>; Viktor Petkov <VPetkov@ASPIsotopes.com>
**Subject:** RE: Enquiry for 15NH3

Dear both,

thanks for a very good call today, the team is looking forward to have more discussions with you!

As agreed, please find attached our NDA template for your review.
If/when you are OK with the content, we can use an e-signing tool called Scrive to sign it so no need to print and a hard copy.

As discussed, to have a physical meeting early September will unfortunately be challenging.
We could suggest to have a follow-up call on Sept. 10th between 13:00-14:30 or after 17:00 CET.

Please let me know if one of this slot could work for you.

Best regards,

Arnaud Bucci
Head of Sourcing

E:  arnaud.bucci@blykalla.com
T:  +46 76 542 25 27

<image002.jpg>

**From:** Paul Mann <pmann@ASPIsotopes.com>
**Sent:** Monday, 12 August 2024 12:27
**To:** Arnaud Bucci <arnaud.bucci@blykalla.com>; Viktor Petkov <VPetkov@ASPIsotopes.com>
**Subject:** RE: Enquiry for 15NH3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ASPI_00026151

Hi Arnaud,

I am travelling on Wednesday in the USA so perhaps we could schedule a time on Friday.  Would 2pm CET work – that is 8am for me on the East coast of USA.

Please can you CC Viktor in your reply – he now heads up our business development.

With best wishes,
Paul.

---

**From:** Arnaud Bucci <arnaud.bucci@blykalla.com>
**Sent:** Thursday, August 8, 2024 6:06 PM
**To:** Parker Scott <pscott@ASPIsotopes.com>; Paul Mann <pmann@ASPIsotopes.com>
**Subject:** RE: Enquiry for 15NH3


Dear Paul and Parker,

I hope that you are well since we last spoke (soon a year ago!!).
It would be great to organize a catch-up call so we can update each other on our respective latest developments.

We are still working on developing Uranium Nitride fuel which will require 15N and HALEU.
I would like to bring both our CTO and Fuel engineer to the meeting so we can any answer any questions you may have.

Would you have some time for a call next week maybe? Wednesday afternoon after 15:00 CET would work well.
Otherwise, Friday August 23rd from 13:00 CET could also be a possibility but feel free to suggest other slots that could work.

Thanks!

Best regards,

Arnaud Bucci
Head of Sourcing

E:  arnaud.bucci@blykalla.com
T:  +46 76 542 25 27

<image002.jpg>

---

**From:** Parker Scott <pscott@ASPIsotopes.com>
**Sent:** Thursday, 17 August 2023 23:45
**To:** arnaud.bucci@leadcold.com; Paul Mann <pmann@ASPIsotopes.com>
**Subject:** RE: Enquiry for 15NH3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Arnaud- I hope your time off went well, and I wanted to thank you for reaching out.

If you have time for a quick call next week to discuss this, that would be fantastic. Paul and I are available for a quick call either Monday or Tuesday next week. 4 PM your time works great for us.

We look forward to connecting!

-Parker


**Parker Scott**

Vice President of Business Development

<image004.png>

**ASP Isotopes Inc. (NASDAQ: ASPI)**
1101 Pennsylvania Avenue NW, Suite 300
Washington DC 20004
Email: pscott@aspisotopes.com

---

**From:** arnaud.bucci@leadcold.com <arnaud.bucci@leadcold.com>
**Sent:** Friday, August 11, 2023 2:45 AM
**To:** Paul Mann <pmann@ASPIsotopes.com>
**Cc:** Parker Scott <pscott@ASPIsotopes.com>
**Subject:** RE: Enquiry for 15NH3

Dear Paul,

hope all is well!
I just wanted to follow-up on our call early July and confirm our interest in buying 15NH3.

If I remember correctly our discussion, you are technically capable of producing this isotope but had some concerns regarding MOQ and capacity for larger quantities needed from 2026.

Would you be able to provide some indications regarding production lead time and costs for a quantity of 10 kg (or your MOQ) for Q2 2024?

Thanks in advance,

Arnaud Bucci
Head of Sourcing

E:  arnaud.bucci@leadcold.com
T:  +46 76 542 25 27

<image005.png>

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**From:** Paul Mann <pmann@ASPIsotopes.com>
**Sent:** Thursday, 6 July 2023 09:19
**To:** arnaud.bucci@leadcold.com
**Cc:** Parker Scott <pscott@ASPIsotopes.com>
**Subject:** RE: Enquiry for 15NH3

Arnaud,

How is your availability on Friday this week or any day next week? I am currently in South Africa but our head of business development will be in Salt Lake City which is +8 hours versus Sweden. So perhaps 4pm one day might work. Please recommend a day that works for you.

Best wishes,
Paul.

---

**From:** arnaud.bucci@leadcold.com <arnaud.bucci@leadcold.com>
**Sent:** Thursday, June 29, 2023 2:25 PM
**To:** Paul Mann <pmann@ASPIsotopes.com>
**Subject:** RE: Enquiry for 15NH3

Thanks for your quick answer Paul!
I'll be happy to have a call with you to discuss further, before the end of this week or early next week if you have time.

I must admit that I am very new to the industry so my technical competence is limited.
But good enough to identify ASP Isotope as a potential supplier!

To answer your questions:

1. indicative quantities are 10 kg in Q2 2024, 300 kg 2026-2028, 10 T from 2030 onwards

2. long term supply agreement

1. we would need enrichment >99% (see attached spec for benchmark).

Best regards,

Arnaud Bucci
Head of Sourcing

E: arnaud.bucci@leadcold.com
T: +46 76 542 25 27

<image005.png>

---

**From:** Paul Mann <pmann@ASPIsotopes.com>
**Sent:** Thursday, 29 June 2023 13:51

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**To:** arnaud.bucci@leadcold.com
**Subject:** RE: Enquiry for 15NH3

Arnaud,

Thanks for the outreach. 15NH3 would be an easy isotope for us to enrich. We are enriching Carbon-14 for a customer in the form of methane. I suggest that we should have a quick call to discuss this. We can explain our technology and how we enrich isotopes. Three immediate questions, which will allow us to better evaluate this project:

1.    Roughly what type of quantity you would require?

2.    Would this be a one-off order, or are you interested in a long term supply agreement

3.    What level of enrichment level you are looking for. The natural abundance of 15N is at about 0.35%. Our carbon-14 feedstock starts at 0.5% and we enrich it to >85%.

Please let me know a good time to discuss next week.

With best wishes,
Paul.

---

**From:** arnaud.bucci@leadcold.com <arnaud.bucci@leadcold.com>
**Sent:** Thursday, June 29, 2023 7:07 AM
**To:** Paul Mann <pmann@ASPIsotopes.com>
**Subject:** Enquiry for 15NH3

Dear Paul,

my name is Arnaud Bucci and I am Head of Sourcing at Blykalla/Leadcold in Sweden.

We are looking for a supplier able to produce fairly large quantities of 15NH3 and we identified ASP Isotopes as a potential supplier.

Could you kindly help us with this enquiry or direct me towards one of your colleagues?

Thanks in advance!

Best regards,

Arnaud Bucci
Head of Sourcing

E: arnaud.bucci@leadcold.com
T: +46 76 542 25 27

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ASPI_00026155