# Exhibit 15

Message
_____

**From:**      Paul Mann [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=32705403533F4749A0DA067786378527-PMANN]
**Sent:**      11/10/2024 9:53:43 AM
**To:**        Xandra Van Heerden [Xandra.vanheerden@aspisotopes.co.za]; Hendrik Strydom
               [hendrik.strydom@aspisotopes.co.za]; Josua Oosthuizen [Josua.Oosthuizen@aspisotopes.co.za]; Heino Van Wyk
               [heino.vanwyk@aspisotopes.co.za]; Mea Nell [mea.nell@aspisotopes.co.za]; Inbanathan Govender
               [Inbanathang@metalrefiningengineers.com]; Gerdus Kemp [gerdus@petlabs.co.za]
**CC:**        Colin Vague [colin.vague@aspisotopes.co.za]; Edward Hoskin [EHoskin@ASPIsotopes.com]; Debbie Bezuidenhoudt
               [debbie@aspisotopes.co.za]; Viktor Petkov [VPetkov@ASPIsotopes.com]; Sergey Vasnetsov
               [svasnetsov@gmail.com]; Robert Ainscow [rainscow@ASPIsotopes.com]; Nicky Grant [ng@oceanwall.com]
**Subject:**   Schedule for Tuesday


Below is the schedule for Tuesday.  As usual we will have a whatsapp group to keep everyone updated with where
we are in the schedule so that we can accelerate or decelerate the schedule accordingly.

Colin – if you could come to Pelindaba that would be great.  Nicky will need a ride to the airport directly from
Pelindaba.

Thanks,
Paul.



8am – depart City Lodge Hotel

8:30am -9:15am – R&D Department....   Split into four groups of 5/6 investors.  Use board room as a holding room.
Xandra and Paul to take the investors around the R&D department.

9:15am – 10am  - Laser department....   Split into four groups of 5/6 investors.  Use board room as a holding room.
Hendrik and Paul to take the investors to the laser room.

10am – 10:45am – Building 29....  Split into four groups of 5/6 investors.  Heino/ Mea and Paul to take the investors
round building 29.

10:45am – 11am – Transfer to koedoespoort

11am -11:45am – K-Port – We will stay as one group for K-port si28 plant.  Split into 2 groups of 10 for the tour of
the fabrication facility.

11:45 – 12 noon – Transfer to PET Labs

12 noon – 2pm  - Tour of PET Labs/ Lunch

2pm – 3pm – Transfer to Pelindaba

3pm – 5pm – Meeting with Necsa at Pelindaba visitor center

5pm – 6pm – Transfer to Blu Safron

6pm – 9pm – Dinner at Blu Safron.

CONFIDENTIAL

**Paul E. Mann**
Chairman and Chief Executive Officer



**ASP Isotopes Inc. (NASDAQ: ASPI)**
601 Pennsylvania Avenue NW
South Building, Suite 900
Washington, DC 20004
Email: pmann@aspisotopes.com

CONFIDENTIAL

ASPI_00019417