# Exhibit 16

Message
_____

**From:**   Paul Mann [pmann@ASPIsotopes.com]
**Sent:**   7/8/2024 5:39:20 PM
**To:**     Hendrik Strydom
            [hendrik.strydom@aspisotopes.co.za]; I
            Govender
            [i.govender@aspisotopes.co.za]; Heino
            Van Wyk
            [heino.vanwyk@aspisotopes.co.za];
            Christo Green
            [christo.green@aspisotopes.co.za];
            Xandra Van Heerden
            [Xandra.vanheerden@aspisotopes.co.za];
            Gerard Puts
            [Gerard.Puts@aspisotopes.co.za]; Josua
            Oosthuizen
            [Josua.Oosthuizen@aspisotopes.co.za];    Internal (pmann@aspisotopes.com)
            Robert Ainscow
            [rainscow@ASPIsotopes.com];
            colin.vague@aspisotopes.co.za;
            colin.vague@aspisotopes.co.za; Edward
            Hoskin [EHoskin@ASPIsotopes.com];
            Viktor Petkov
            [VPetkov@ASPIsotopes.com]; Gerdus
            Kemp [gerdus@petlabs.co.za]; Debbie
            Bezuidenhoudt
            [debbie@aspisotopes.co.za]; Paul Mann
            [pmann@ASPIsotopes.com]
**Subject:** Important - Thursday/ Friday



Report This Email

Dear all,

On Thursday/ Friday we have some important visitors from Japan.  They are from Itochu, who happen the be the worlds largest uranium trader and they are interested in anything nuclear. I am proposing an almost identical schedule to what we used for the Ocean Wall visit in February – see below:

**Schedule:**

**11th July:**
8am – 11:30am :  Technology Primer – CityLodge Hotel, Lynnwood Bridge – see below for schedule
11:30am – 1pm:  Lunch at Tribeca or Forti Two
1pm – 4pm: Tour of ASPI Facilities  (tour schedule timings to be released on Tuesday).
4pm – 6pm – Discussion on Conversion and Fluorine technology. – CityLodge hotel
6pm – 8pm:  Dinner at Blu Safron

**12th July:**
8am – 9am:  Drive from Pretoria to Pelindaba
9am – 11am: Visit to Pelindaba and Necsa

CONFIDENTIAL                                            ASPI_00011366

11am - 12 noon: Return to Pretoria

**Thursday morning:**
8:00 – 9:00 am – Introduction to science and ASP Isotopes   - Paul Mann, Hendrik S
9:00 – 9:30 am – ASP Isotopes R&D  -  Dr X and Hendrik.
9:30am – 9:40am – Natural Break
9:40 – 10:20 am – Engineering introduction – Heino VW and Christo G
10:20 – 11:00 am – Lasers – Hendrik S and Josua O.
11:00 – 11:30 am – Concluding remarks and Q&A - All

4pm – 6pm  - Fluorine chemistry and engineering – Gerard P and Inbanathan G.

All the meetings will take place at the CityLodge hotel. Robbie will book the room tomorrow.  Colin – please can you arrange for the television from building 29 to be brought down to the hotel on Tuesday afternoon/ evening.

I will forward everyone's presentations that they used in February in a few moments so that you can familiarize yourselves with them. .

This should be an interesting and fun day

With best wishes,
Paul.

**Paul E. Mann**
Chairman and Chief Executive Officer



**ASP Isotopes Inc. (NASDAQ: ASPI)**
1101 Pennsylvania Avenue NW, Suite 300,
Washington DC 20004
Email: pmann@aspisotopes.com