# Exhibit 17

Message

---

**From:**     Paul Mann [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=32705403533F4749A0DA067786378527-PMANN]

**Sent:**     7/8/2024 5:06:21 PM

**To:**     Robert Ainscow [rainscow@ASPIsotopes.com]; Heino Van Wyk [heino.vanwyk@aspisotopes.co.za]; Xandra Van Heerden [Xandra.vanheerden@aspisotopes.co.za]; Gerard Puts [Gerard.Puts@aspisotopes.co.za]; I Govender [i.govender@aspisotopes.co.za]; Christo Green [christo.green@aspisotopes.co.za]

**Subject:**     Thursday

Team,

Please can everyone be available for dinner on Thursday evening from 6pm – 8pm at Blu Safron.  We have a group of Japanese uranium investors and traders visiting.  They have interest in our company and capabilities.  They also have deep pockets and long arms.

Robbie – please can you make a reservation for 11 people – the 7 from ASPI and the 4 from Japan.

Thanks,
Paul.

**Paul E. Mann**
Chairman and Chief Executive Officer



**ASP Isotopes Inc. (NASDAQ: ASPI)**
1101 Pennsylvania Avenue NW, Suite 300,
Washington DC 20004
Email: pmann@aspisotopes.com

CONFIDENTIAL                                                    ASPI_00028210