# Exhibit 18

Message

**From:** Debbie Bezuidenhoudt [debbie@aspisotopes.co.za]
**Sent:** 12/5/2024 7:13:47 AM
**To:** Colin Vague [colin.vague@aspisotopes.co.za]; Viktor Petkov [VPetkov@ASPIsotopes.com]
**CC:** Nicky Grant [ng@oceanwall.com]; Edward Hoskin [EHoskin@ASPIsotopes.com]
**Subject:** RE: FYI: Visitors - 14-16 January 2025

External (debbie@aspisotopes.co.za)



Report This Email

Afternoon

I have confirmed availability between 14-16 January 2025 with the following personnel.

- Colin Vague
- Gerard Puts
- Heino van Dyk
- Hendrik Strydom
- Inbanathan Govender
- Josua Oosthuizen
- Leerin Perumal
- Xandra van Heerden

*Debbie Bezuidenhoudt*
*CSIR Campus, Bld. 46A*
*Meiring Naude Road, Brummeria*
*Pretoria, South Africa*
*Landline:   +27 (0)12 349 2122/3*
*Mobile:     +27 (0)72 844 5366*
*E-mail debbie@aspisotopes.co.za*

**From:** Colin Vague <colin.vague@aspisotopes.co.za>
**Sent:** Thursday, 05 December 2024 13:46
**To:** Viktor Petkov <VPetkov@ASPIsotopes.com>; Debbie Bezuidenhoudt <debbie@aspisotopes.co.za>
**Cc:** Nicky Grant <ng@oceanwall.com>; Edward Hoskin <EHoskin@ASPIsotopes.com>
**Subject:** RE: FYI: Visitors - 14-16 January 2025

Hi Viktor,

Kindly find attached an itinerary example, please amend should anyone want to. 😊

Please note the following:
1.    Tribeca, Blu Saffron and Forti Too has been booked as illustrated in green.
2.    Adams and Adams cannot assist with conferencing that whole week. ☹ (I went to all the corporate buildings on site and only one said they will get back to me as they are only to open the 13th of January 2025 and need to get everything in order – AFROSAI-E)
3.    Should we not succeed with AFROSAI-E, I have the Atterbury Theatre (Opposite City Lodge Lynnwood) as back-up (literally a theatre, but it should work.)
4.    As Debbie's mail stipulated, Joan will confirm the lunch at PET Labs.
5.    20 Hotel Rooms has been pre-booked from 13th Jan 2025 – 16th Jan 2025 at City Lodge Hotel Lynnwood.

*Kind Regards,*
*Colin Vague*
Assistant General Manager
*CSIR Campus, Bld. 46A*
*Meiring Naude Road, Brummeria*
*Pretoria, South Africa*
*Landline:   +27 (0)12 349 2122/3*
*Mobile:    +27 (0)79 558 7598*
*E-mail: colin.vague@aspisotopes.co.za*



**From:** Viktor Petkov <VPetkov@ASPIsotopes.com>
**Sent:** Thursday, December 5, 2024 12:04 PM
**To:** Colin Vague <colin.vague@aspisotopes.co.za>; Debbie Bezuidenhoudt <debbie@aspisotopes.co.za>
**Cc:** Nicky Grant <ng@oceanwall.com>; Edward Hoskin <EHoskin@ASPIsotopes.com>
**Subject:** FW: FYI: Visitors - 14-16 January 2025

Hi Debbie and Colin,

Please see below the proposed itinerary for the investor tour (slightly different to what we had in November):

- **Tuesday, January 14th**
- Morning: presentations from ASPI's executive team, e.g. CEO, Chief Technology Officer, Head of R&D, Head of Engineering etc. (Adams & Adams Boardroom)

- Complimentary lunch (Tribeca)
- Afternoon: tour of ASPI's facilities – C-14, Yb-176 and Si-28 plants
- Complimentary dinner (Forti Too)

- **Wednesday, January 15th**
- Morning: Tour of Pelindaba
- Afternoon: tour of PET Labs (radiopharmacy, microbiology and analytical department) – lunch on site
- Complimentary dinner (Blue Safron)

Colin – can you please proceed with booking the respective venues, including catering / lunch at PET Labs on 15th Jan? Happy to jump on a quick call if helpful.

Best,
VP

---

**From:** Viktor Petkov
**Sent:** 05 December 2024 12:02
**To:** Debbie Bezuidenhoudt <debbie@aspisotopes.co.za>; Hendrik Strydom <hendrik.strydom@aspisotopes.co.za>; Josua Oosthuizen <Josua.Oosthuizen@aspisotopes.co.za>; Leerin Perumal <Leerin.perumal@aspisotopes.co.za>; Heino Van Wyk <heino.vanwyk@aspisotopes.co.za>; Xandra Van Heerden <Xandra.vanheerden@aspisotopes.co.za>; Gerard Puts <Gerard.Puts@aspisotopes.co.za>; I Govender <i.govender@aspisotopes.co.za>; Eddie Hoskin <eddie.hoskin@aspisotopes.co.za>; Gerdus Kemp <gerdus@petlabs.co.za>
**Cc:** Nicky Grant <ng@oceanwall.com>; Colin Vague <colin.vague@aspisotopes.co.za>; Paul Mann <pmann@ASPIsotopes.com>; Robert Ainscow <rainscow@ASPIsotopes.com>
**Subject:** RE: FYI: Visitors - 14-16 January 2025

Hello Team,

I hope this message finds you well!

Thank you, Debbie, for initiating the conversation with the group. As you may know, we are organising another investor tour, scheduled for the 14th and 15th of January, with a particular focus on US-based investors. Please see illustrative itinerary below:

- **Tuesday, January 14th**
- Morning: presentations from ASPI's executive team, e.g. CEO, Chief Technology Officer, Head of R&D, Head of Engineering etc. (Adams & Adams Boardroom)
- Complimentary lunch (Tribeca)
- Afternoon: tour of ASPI's facilities – C-14, Yb-176 and Si-28 plants
- Complimentary dinner (Forti Too)

- **Wednesday, January 15th**
- Morning: Tour of Pelindaba
- Afternoon: tour of PET Labs (radiopharmacy, microbiology and analytical department) – lunch on site
- Complimentary dinner (Blue Safron)

To ensure a focused and impactful experience, including the presentations, we are limiting participation to approximately 20 investors.

I propose that we follow a similar agenda to the one used for the European investor tour in November. This time, there won't be any session recordings, which should make the operational side much more straightforward. Additionally, I suggest we skip the R&D department tour; instead, Dr. X could give a brief presentation to the investors in the R&D boardroom, followed by a direct move upstairs to the Lasers department.

CONFIDENTIAL                                                                                      ASPI_00023853

Could we schedule a quick catch-up call next week to finalise the logistics? Would Wednesday morning (SA time) work for everyone?

Best regards,
Viktor

**Viktor Petkov**
Vice President of Business Development



**ASP Isotopes Inc. (NASDAQ: ASPI)**
Email: vpetkov@aspisotopes.com
Mobile: +44 741 1585715
Web: www.aspisotopes.com

---

**From:** Debbie Bezuidenhoudt <debbie@aspisotopes.co.za>
**Sent:** 04 December 2024 08:30
**To:** Hendrik Strydom <hendrik.strydom@aspisotopes.co.za>; Josua Oosthuizen <Josua.Oosthuizen@aspisotopes.co.za>; Leerin Perumal <Leerin.perumal@aspisotopes.co.za>; Heino Van Wyk <heino.vanwyk@aspisotopes.co.za>; Xandra Van Heerden <Xandra.vanheerden@aspisotopes.co.za>; Gerard Puts <Gerard.Puts@aspisotopes.co.za>; I Govender <i.govender@aspisotopes.co.za>; Eddie Hoskin <eddie.hoskin@aspisotopes.co.za>
**Cc:** Viktor Petkov <VPetkov@ASPIsotopes.com>; Nicky Grant <ng@oceanwall.com>; Colin Vague <colin.vague@aspisotopes.co.za>
**Subject:** FYI: Visitors - 14-16 January 2025

Morning

For your information (after yesterday's Teams meeting re the visit.)

- **<u>Please let me know if you are in the country/office between 14-16 January 2025?</u>**

- Visitors will be staying at City Lodge
- First day presentations (Adams & Adams Boardroom)/Lunch/Presentations/Dinner
- Second day visit: Lasers, Building 29, Koedoespoort, PetLabs (Light Lunch), Pelindaba/Dinner

Kind regards,

*Debbie Bezuidenhoudt*
*CSIR Campus, Bld. 46A*
*Meiring Naude Road, Brummeria*
*Pretoria, South Africa*
*Landline:   +27 (0)12 349 2122/3*
*Mobile:     +27 (0)72 844 5366*
*E-mail debbie@aspisotopes.co.za*

CONFIDENTIAL



CONFIDENTIAL

ASPI_00023855