# Exhibit 19

Message
_____

**From:**      Loyiso Tyabashe
              [Loyiso.Tyabashe@necsa.co.za]
**Sent:**      8/27/2024 9:27:50 AM
**To:**        Paul Mann
              [pmann@ASPIsotopes.com]
**CC:**        Lesego Mosenyi
              [Lesego.Mosenyi@necsa.co.za];
              Nto Rikhotso
              [Nto.Rikhotso@necsa.co.za];
              Sengiphile Simelane
              [Sengiphile.Simelane@necsa.co.za];
              Ayanda Myoli                      External (loyiso.tyabashe@necsa.co.za)
              [ayanda.myoli@necsa.co.za];
              Noxolo Kunene
              [Noxolo.Kunene@necsa.co.za]
**Subject:**   Re: TerraPower visit - Aug 28/29
**Attachments:** image004.jpg; image005.jpg;
              image006.jpg; image007.jpg;
              image008.jpg; image009.png; TP
              Visit Aug 2024 Schedule v1.pdf

Report This Email

Paul - thanks for the note. I look forward to meeting on Thursday in our campus.

Regards


**Loyiso Tyabashe**

Group Chief Executive Officer



| | | | |
|---|---|---|---|
| Tel: | +27 12 305 4222 | PO BOX 582 | |
| Fax: | +27 12 305 4111 | PRETORIA 0001 | |
| Mobile: | +27 82 940 8338 | SOUTH AFRICA | |
| Email: | Loyiso.Tyabashe@necsa.co.za | Web: www.necsa.co.za | |

necsa
We're in your world

necsa

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version from NECSA.

On 26 Aug 2024, at 17:51, Paul Mann <pmann@aspisotopes.com> wrote:


Dear all,
Please find attached the final agenda for the TerraPower visit on Wednesday and Thursday this week. Unless instructed otherwise we will come to the main gate.

Thank you in advance for your participation.
I look forward to seeing you on Thursday,
With best wishes,
Paul.

---

**From:** Lesego Mosenyi <Lesego.Mosenyi@necsa.co.za>
**Sent:** Wednesday, August 21, 2024 11:27 AM
**To:** Paul Mann <pmann@ASPIsotopes.com>
**Cc:** Sengiphile Simelane <Sengiphile.Simelane@necsa.co.za>; Ayanda Myoli <ayanda.myoli@necsa.co.za>; Noxolo Kunene <Noxolo.Kunene@necsa.co.za>
**Subject:** RE: TerraPower visit - Aug 28/29


Dear Paul

Thank you for the update.

Preparations are underway, and the proposed time is suitable.

Regards

**Lesego Mosenyi**

Executive Assistant to Group Executive

| | | | |
|---|---|---|---|
| Tel: | +27-12-305-4688 | PO BOX 582 | |
| Fax: | +27-12-305-4111 | PRETORIA 0001 | |
| Mobile: | +27-66-159-6016 | SOUTH AFRICA | |
| Email: | Lesego.Mosenyi@necsa.co.za | Web: www.necsa.co.za | |

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does

not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version from NECSA.

**From:** Paul Mann <pmann@ASPIsotopes.com>
**Sent:** Wednesday, 21 August 2024 04:13
**To:** Lesego Mosenyi <Lesego.Mosenyi@necsa.co.za>
**Cc:** Sengiphile Simelane <Sengiphile.Simelane@necsa.co.za>; Ayanda Myoli <ayanda.myoli@necsa.co.za>; Noxolo Kunene <Noxolo.Kunene@necsa.co.za>
**Subject:** RE: TerraPower visit - Aug 28/29

Dear all,

Just checking in to see if everything is OK for the TerraPower visit.  At this moment we are planning on arriving at Pelindaba at 9am on the 29th. We are planning on spending 2 hours at Pelindaba with presentations and discussions from Ayanda and Sengiphile (plus anyone else they would like to bring to the meeting). I think that should be enough time but if you would like a change in the arrangements, please let me know.

Thanks and best wishes,
Paul.

**From:** Lesego Mosenyi <Lesego.Mosenyi@necsa.co.za>
**Sent:** Monday, August 12, 2024 6:06 AM
**To:** Paul Mann <pmann@ASPIsotopes.com>
**Cc:** Sengiphile Simelane <Sengiphile.Simelane@necsa.co.za>; Ayanda Myoli <ayanda.myoli@necsa.co.za>; Noxolo Kunene <Noxolo.Kunene@necsa.co.za>
**Subject:** RE: TerraPower visit - Aug 28/29

Dear Paul

Thank you for the information.

We will submit an application for security clearance in the meantime.

Regards

**Lesego Mosenyi**

Executive Assistant to Group Executive

| | | |
|---|---|---|
| Tel: | +27-12-305-4688 | PO BOX 582 |
| Fax: | +27-12-305-4111 | PRETORIA 0001 |
| Mobile: | +27-66-159-6016 | SOUTH AFRICA |
| Email: | Lesego.Mosenyi@necsa.co.za | Web: www.necsa.co.za |

<image004.jpg>

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does

not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version from NECSA.

**From:** Paul Mann <pmann@ASPIsotopes.com>
**Sent:** Monday, 12 August 2024 11:25
**To:** Lesego Mosenyi <Lesego.Mosenyi@necsa.co.za>
**Cc:** Sengiphile Simelane <Sengiphile.Simelane@necsa.co.za>; Ayanda Myoli <ayanda.myoli@necsa.co.za>; Noxolo Kunene <Noxolo.Kunene@necsa.co.za>
**Subject:** RE: TerraPower visit - Aug 28/29

Dear Lesego,

Thank you for your prompt response.  Please find attached the passport copies of the visitors from TerraPower and my passport (although I have been to Necsa many times before so I should already be in the system).

Please can we confirm the time closer to the day – we have also requested a meeting with the minister of Electricity and Energy, Dr Kgosientso Ramokgopa and we are awaiting his availability.  We would prefer to visit Pelindaba on the morning of the 29th but if that is the only availability of the minister, we will have to conduct the visit and meeting during the afternoon of the 29th.

I will let you know as soon as the minister has responded.

With best wishes,
Paul.


**From:** Lesego Mosenyi <Lesego.Mosenyi@necsa.co.za>
**Sent:** Thursday, August 8, 2024 12:23 PM
**To:** Paul Mann <pmann@ASPIsotopes.com>
**Cc:** Sengiphile Simelane <Sengiphile.Simelane@necsa.co.za>; Ayanda Myoli <ayanda.myoli@necsa.co.za>; Noxolo Kunene <Noxolo.Kunene@necsa.co.za>
**Subject:** RE: TerraPower visit - Aug 28/29


Dear Paul

Your email below is noted and we will make arrangements accordingly.

The 29th August 2024  works best for us, you may propose the time.

Please send me passport copies of the attendees so that we can begin the security clearance process.

Regards


**Lesego Mosenyi**

Executive Assistant to Group Executive

| | | | | |
|---|---|---|---|---|
| | Tel: | +27-12-305-4688 | PO BOX 582 | |
| <image004.jpg> | Fax: | +27-12-305-4111 | PRETORIA 0001 | |
| | Mobile: | +27-66-159-6016 | SOUTH AFRICA | |

CONFIDENTIAL

ASPI_00015440

Email:    Lesego.Mosenyi@necsa.co.za        Web: www.necsa.co.za

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version from NECSA.

**From:** Sengiphile Simelane <Sengiphile.Simelane@necsa.co.za>
**Sent:** Thursday, 08 August 2024 10:44
**To:** Lesego Mosenyi <Lesego.Mosenyi@necsa.co.za>
**Cc:** Noxolo Kunene <Noxolo.Kunene@necsa.co.za>
**Subject:** FW: TerraPower visit - Aug 28/29

FYA

**Sengiphile Simelane**

Group executive of Power and Industry

| | | | |
|---|---|---|---|
| Tel: | +27-12-305-4206 | PO BOX 582 | |
| Fax: | +27-12-305-4111 | PRETORIA 0001 | |
| Mobile: | +27-66-159-5939 | SOUTH AFRICA | |
| <image004.jpg> Email: | Sengiphile.Simelane@necsa.co.za | Web: www.necsa.co.za | |

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version from NECSA.

**From:** Paul Mann <pmann@ASPIsotopes.com>
**Sent:** Monday, 05 August 2024 10:08
**To:** Sengiphile Simelane <Sengiphile.Simelane@necsa.co.za>; Ayanda Myoli <ayanda.myoli@necsa.co.za>
**Cc:** Nto Rikhotso <Nto.Rikhotso@necsa.co.za>
**Subject:** TerraPower visit - Aug 28/29

Dear Sengiphile and Ayanda,

I hope this email finds you well.  We have the CEO of TerraPower planning on visiting South Africa on Aug 28/29 to meet with various groups.  Obviously one group he would like to meet with is Necsa.  Loyiso is out both days in Kenya but he and Nto suggested you both might be able to provide a presentation to him.

Chris Levesque, the CEO, is a nuclear industry veteran that has spent 9 years at TerraPower, and 13 years at Westinghouse and Areva.  He started his career as a submarine officer and he currently reports to Bill Gates, who

    ASPI_00015441

is the founder and chairman of TerraPower.  TerraPower are considering a very sizeable investment into any nuclear fuel supply chain that we may build out in South Africa but the CEO is required to meet with us before this investment can be made. His calendar schedule is tight and so these are the only two days he has available to make a trip to South Africa (you have to remember it is a 24 hour flight each way!)

I think the plan would be to spend 2-3 hours at Pelindaba and for the two of you to provide a presentation similar to the one you gave to the recent visitors that we brough through (at the visitor center).  It would be great if we could drive Chris into the main site and have the meeting next to the reactor in the GCEO board room or somewhere similar.  I will supply passports of the visitors shortly so that we can aim to get the required security clearances.

We will probably organize a dinner on the evening of August 28th at Blu Safron or somewhere similar that is mutually convenient.

Please can you let me know if you would be available for such a visit.

Thanks and best wishes,
Paul.

**Paul E. Mann**
Chairman and Chief Executive Officer

**ASP Isotopes Inc. (NASDAQ: ASPI)**
1101 Pennsylvania Avenue NW, Suite 300,
Washington DC 20004
Email: pmann@aspisotopes.com

Scanned by **MailMarshal** - Trustwave's comprehensive email content security solution. Download a free evaluation of MailMarshal at www.trustwave.com

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

Scanned by **MailMarshal** - Trustwave's comprehensive email content security solution. Download a free evaluation of MailMarshal at www.trustwave.com

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

Scanned by **MailMarshal** - Trustwave's comprehensive email content security solution. Download a free evaluation of MailMarshal at www.trustwave.com

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

Scanned by **MailMarshal** - Trustwave's comprehensive email content security solution. Download a free evaluation of MailMarshal at www.trustwave.com

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

CONFIDENTIAL

# <u>TP Agenda – August 27-29, 2024</u>

## <u>Tuesday 27 August</u>

**5:45pm**              **Jeff and Arielle to arrival on United flight UA188.**

**7pm**                   **Chris to arrival on Delta flight DAL 200.**

ASPI will organize all in country logistics including airport transfers, hotels and meals.

## <u>Wednesday 28th August</u>

**8am – 11 am**         **Introduction to ASP Isotopes/ Technology primer**

> Paul Mann, CEO
> Hendrik Strydom, PhD, Chief Technology Officer
> Xandra Van Heerden, PhD, Head of R&D
> Heino Van Wyck, Head of Engineering
> Josua Oosthuizen, Head of Project Management
> Gerard Putts, PhD, Senior Engineer
> Inbanathan Govender, PhD, Senior Engineer
> Prof Andrew Forbes, PhD, Head of Structured Light group, Wits University

**11am – 12 noon**      **Light lunch**

**12 noon – 2:30pm**    **Tour of ASPI Facilities**

**3pm – 5pm**           **Meeting with Department of Mineral Resources and Energy (DMRE)**

> Elsie Monale, Chief Director: Nuclear Non-Proliferation & Radiation Safety
> Jones Bohlolo, Senior Manager: Nuclear Safeguards Management

**6pm – 8pm**           **Dinner at Blu Safron**

## <u>Thursday 29th October</u>

**8am – 9am**           **Travel to Pelindaba**

**9am – 11am**          **Meeting with Necsa/ Tour of Pelindaba**

> Ayanda Myoli, Group Executive – Nuclear Operations and Advanced Manufacturing
> Sengiphile Simelane, Group Executive – Power and Industry
> Pradish Rampersadh, Group Executive – Research and Innovation
> Nto Rikhotso, Executive: Office of the GCEO

CONFIDENTIAL                                                                                          ASPI_00015450

**11am – 12 noon**      **Travel to Pretoria**

**12 noon – 1pm**      **Lunch**

**1:30pm – 3pm**      **Meeting with Government Ministers**

Dr. Kgosiento Ramokgopa, Minister for Electricity and Energy
Ms. Smantha Graham, Deputy Minister for Electricity and Energy

**3pm – 3:30pm**      **Travel back to hotel**

**3:30pm – 5pm**      **Concluding remarks/ open session**

**5pm – 6:45pm**      **Jeff and Arielle to travel to airport**

**7pm – 7:45pm**      **Chris to travel to airport**

**8pm**      **Jeff and Arielle depart on United flight UA187**

**9:55pm**      **Chris to depart on Delta flight DAL201**

<u>Hotel</u>
City Lodge Hotel Lynwood Bridge
Hilden Road
Lynnwood Manor
Pretoria
0081

+27 12 471 0300

<u>Emergency Contacts</u>
Paul Mann      +1 917 582 2198
Robert Ainscow      +44 7545 430812
Hendrik Strydom      +27 83 308 0214
Josua Oosthuizan      +27 82 759 1914

N.B. WhatsApp and Regular Cellphone both work well in South Africa with 5G coverage in most cities and 3G/4G in most rural areas.

CONFIDENTIAL