# Exhibit 20

Message

| | |
|---|---|
| **From:** | Paul Mann [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=32705403533F4749A0DA067786378527-PMANN] |
| **Sent:** | 8/28/2024 11:56:56 AM |
| **To:** | Silas Zimu [silas@presidency.gov.za] |
| **CC:** | szimu67@gmail.com; Subesh Pillay [Subesh@presidency.gov.za]; Boitumelo Mthimunye [Boitumelom@presidency.gov.za]; Loyiso Tyabashe [Loyiso.Tyabashe@necsa.co.za]; SNM [SNM@afrifund.co.za] |
| **Subject:** | RE: Request for meeting between Minister for Electricity and Energy and ASP Isotopes/ TerraPower on Aug 28/29 |

Apologies Silas for the number of emails.

We have booked a meeting room at Adams and Adams which is next to the hotel (City Lodge) at Lynwood Bridge. The exact address of Adams and Adams is:

4 Daventry Street,
Lynwood Bridge Retail,
Pretoria

Looking forward to seeing you tomorrow,
Best wishes,
Paul.

**From:** Silas Zimu <silas@presidency.gov.za>
**Sent:** Wednesday, August 28, 2024 6:33 AM
**To:** Paul Mann <pmann@ASPIsotopes.com>; Silas Zimu <silas@presidency.gov.za>
**Cc:** szimu67@gmail.com; Subesh Pillay <Subesh@presidency.gov.za>; Boitumelo Mthimunye <Boitumelom@presidency.gov.za>; Loyiso Tyabashe <Loyiso.Tyabashe@necsa.co.za>; SNM <SNM@afrifund.co.za>
**Subject:** Re: Request for meeting between Minister for Electricity and Energy and ASP Isotopes/ TerraPower on Aug 28/29

 External (silas@presidency.gov.za)

Report This Email

We agreed on your hotel. I cant be talking to you daily and still have a meeting.

Get Outlook for Android

**From:** Paul Mann <pmann@ASPIsotopes.com>
**Sent:** Wednesday, August 28, 2024 5:10:43 AM
**To:** Silas Zimu <silas@presidency.gov.za>
**Cc:** szimu67@gmail.com <szimu67@gmail.com>; Subesh Pillay <Subesh@presidency.gov.za>; Boitumelo Mthimunye <Boitumelom@presidency.gov.za>; Loyiso Tyabashe <Loyiso.Tyabashe@necsa.co.za>; SNM <SNM@afrifund.co.za>
**Subject:** RE: Request for meeting between Minister for Electricity and Energy and ASP Isotopes/ TerraPower on Aug 28/29

CONFIDENTIAL

Silas,
Where shall we meet on Thursday?  We can come to your office or you can come to us (Lynnwood Bridge area). If we come to your office we just need an address.

Looking forward to seeing you on Thursday,
With best wishes,
Paul.

---

**From:** Silas Zimu <silas@presidency.gov.za>
**Sent:** Sunday, August 25, 2024 7:22 AM
**To:** Paul Mann <pmann@ASPIsotopes.com>; Silas Zimu <silas@presidency.gov.za>
**Cc:** szimu67@gmail.com; Subesh Pillay <Subesh@presidency.gov.za>; Boitumelo Mthimunye <Boitumelom@presidency.gov.za>; Loyiso Tyabashe <Loyiso.Tyabashe@necsa.co.za>; SNM <SNM@afrifund.co.za>
**Subject:** Re: Request for meeting between Minister for Electricity and Energy and ASP Isotopes/ TerraPower on Aug 28/29

Hi Paul

Keep it simple.

We will meet from 13h30 to 15h00.

Regards
Silas

Get Outlook for Android

---

**From:** Paul Mann <pmann@ASPIsotopes.com>
**Sent:** Sunday, August 25, 2024 12:57:47 AM
**To:** Silas Zimu <silas@presidency.gov.za>
**Cc:** szimu67@gmail.com <szimu67@gmail.com>; Subesh Pillay <Subesh@presidency.gov.za>; Boitumelo Mthimunye <Boitumelom@presidency.gov.za>; Loyiso Tyabashe <Loyiso.Tyabashe@necsa.co.za>; SNM <SNM@afrifund.co.za>
**Subject:** RE: Request for meeting between Minister for Electricity and Energy and ASP Isotopes/ TerraPower on Aug 28/29

Silas,
That would be even better! Fantastic.

Originally we had planned on having meetings at Pelindaba from 9am – 11am and then meeting with you from 1:30pm – 3pm with a lunch stop in the middle. Please see the proposed agenda attached.

Shall we keep that agenda and you could also join us for the Pelindaba tour and lunch, or would you rather we extend the Pelindaba meetings (perhaps add an additional hour) and we can cover your materials during that time at Pelindaba?

Let me know which you would prefer.

TerraPower visited Pelindaba during their December visit and they were very impressed with Loyiso and his team and the facility. They are looking forward to meeting the team again.

CONFIDENTIAL                                                                                      ASPI_00019803

With best wishes,
Paul.

---

**From:** Silas Zimu <silas@presidency.gov.za>
**Sent:** Saturday, August 24, 2024 6:37 PM
**To:** Paul Mann <pmann@ASPIsotopes.com>; Silas Zimu <silas@presidency.gov.za>
**Cc:** szimu67@gmail.com; Subesh Pillay <Subesh@presidency.gov.za>; Boitumelo Mthimunye
<Boitumelom@presidency.gov.za>; Loyiso Tyabashe <Loyiso.Tyabashe@necsa.co.za>; SNM <SNM@afrifund.co.za>
**Subject:** Re: Request for meeting between Minister for Electricity and Energy and ASP Isotopes/ TerraPower on Aug
28/29

I would join you at pekindaba. NECSA reports to us .
So, I will join there.

Get Outlook for Android

---

**From:** Paul Mann <pmann@ASPIsotopes.com>
**Sent:** Sunday, August 25, 2024 12:18:19 AM
**To:** Silas Zimu <silas@presidency.gov.za>
**Cc:** szimu67@gmail.com <szimu67@gmail.com>; Subesh Pillay <Subesh@presidency.gov.za>; Boitumelo Mthimunye
<Boitumelom@presidency.gov.za>; Loyiso Tyabashe <Loyiso.Tyabashe@necsa.co.za>; SNM <SNM@afrifund.co.za>
**Subject:** RE: Request for meeting between Minister for Electricity and Energy and ASP Isotopes/ TerraPower on Aug
28/29

Silas,
That would be fantastic.  Thank you so much for accommodating us.  Would it be possible for us to meet from
1:30pm until 3pm on the 29th?

Would it be best if we came to your offices, or would like to come to us? We will be at Pelindaba in the morning of
the 29th so we can come to your offices in Pretoria afterwards, or you can come to the hotel where we are hosting
the guests – that would be City Lodge Lynwood Bridge.

With best wishes,
Paul.

---

**From:** Silas Zimu <silas@presidency.gov.za>
**Sent:** Saturday, August 24, 2024 3:26 PM
**To:** Paul Mann <pmann@ASPIsotopes.com>
**Cc:** szimu67@gmail.com; Subesh Pillay <Subesh@presidency.gov.za>; Boitumelo Mthimunye
<Boitumelom@presidency.gov.za>; Loyiso Tyabashe <Loyiso.Tyabashe@necsa.co.za>; SNM <SNM@afrifund.co.za>
**Subject:** RE: Request for meeting between Minister for Electricity and Energy and ASP Isotopes/ TerraPower on Aug
28/29

CONFIDENTIAL

ASPI_00019804

Hi Paul

Sorry for mistake of October. I meant to say August.

On the 28th August, there are parliamentary meetings.
On the 29th August, the minister is leaving for overseas
I can avail myself on the 29th.

The above is the correct one.


Regards
Silas


**From:** Paul Mann <pmann@ASPIsotopes.com>
**Sent:** Saturday, 24 August 2024 20:46
**To:** Silas Zimu <silas@presidency.gov.za>
**Cc:** szimu67@gmail.com; Subesh Pillay <Subesh@presidency.gov.za>; Boitumelo Mthimunye <Boitumelom@presidency.gov.za>; Loyiso Tyabashe <Loyiso.Tyabashe@necsa.co.za>; SNM <SNM@afrifund.co.za>
**Subject:** Re: Request for meeting between Minister for Electricity and Energy and ASP Isotopes/ TerraPower on Aug 28/29

Hi Silas.
Thanks for your response.
We are hoping to meet with someone on either 28th or 29th of August. I.e.  this coming week on Wednesday or Thursday. Meeting in October would be good but it would be great if we could have a meeting this week when the CEO of TerraPower is in Pretoria. I recognize that this is very much a last minute request but any help you can provide would be greatly appreciated.

Please let me know if this might be possible.
Thanks and best wishes.
Paul.


Sent from my iPhone - Please excuse typos.


On Aug 24, 2024, at 1:12 PM, Silas Zimu <silas@presidency.gov.za> wrote:


Hi Paul

On the 27th October, there are parliamentary meetings.
On the 29th October, tge minister is leaving for overseas
I can avail myself on the 19th.

Regards
Silas Zimu
Advisor to the minister


CONFIDENTIAL                                                                                    ASPI_00019805

Get Outlook for Android

---

**From:** Paul Mann <pmann@ASPIsotopes.com>
**Sent:** Friday, August 23, 2024 6:31:07 AM
**To:** Silas Zimu <silas@presidency.gov.za>; szimu67@gmail.com <szimu67@gmail.com>; Subesh Pillay <Subesh@presidency.gov.za>; Boitumelo Mthimunye <Boitumelom@presidency.gov.za>; Loyiso Tyabashe <Loyiso.Tyabashe@necsa.co.za>
**Cc:** SNM <SNM@afrifund.co.za>
**Subject:** RE: Request for meeting between Minister for Electricity and Energy and ASP Isotopes/ TerraPower on Aug 28/29

Dear all,

Just to provide a little background into this request...

ASP Isotopes is a US Company with substantial operations in South Africa. I have attached our corporate presentation to this email. We have signed contracts with companies including Intel, Linde, U.S. Department of Energy, Northstar and Bricem,

TerraPower is a company founded by Bill Gates in 2006 and he remains the chairman of the company. Their focus is on finding solutions to the climate challenges that the world is presented by and ensuring environmentally friendly energy security to all people on earth. Many of the TerraPower senior leadership team have been to South Africa and met with ourselves, Necsa and other stake holders. On this trip the CEO, Christopher Levesque, who reports to Bill Gates, will be visiting South Africa and he is particularly keen on meeting with some members of the South African government who are responsible for nuclear energy policy. He will be in South Africa for 48 hours (on Aug 28th/ 29th), with a 24 hour journey (from Seattle, USA) on each side, so he is keen to achieve as much as possible during this visit.

ASP Isotopes and TerraPower are keen to develop a nuclear fuel supply chain that will involve South Africa. We are prepared to invest billions of (US)$ into this supply chain. This will result in the creation of thousands of jobs, it will secure nuclear fuel that will supply energy to millions of people globally, and without it, the world is unlikely to meet 2050 climate goals with devastating outcomes for billions of people.

The schedule on August 28th/29th currently includes meetings and facility tours from ASPI, Necsa, Wits University and DMRE but it would be great if we could include a meeting with a senior government official, which is why we are requesting a meeting with either Dr. Kgosiento Ramokgopa or Ms. Samantha Graham. We can arrange the entire schedule around the availability of Dr. Kgosiento Ramokgopa and Ms. Samantha Graham and I think an hour would be sufficient to cover the topics that we would like to discuss.

Loyiso, from Necsa (and cc'd), is out of the country on the 28th/29th but he is aware of the TerraPower visit, he has met with them before and has had teleconference calls with them before. Because Loyiso is in Kenya, Ayanda Myoli and Sengiphile Simelane will present on behalf of Necsa at Pelindaba on the 29th.

Please let me know if a senior government official such as Dr. Kgosiento Ramokgopa or Ms. Samantha Graham will be available to meet with the CEO of TerraPower on August 28th/ 29th.

Thanks in advance and best wishes,

Paul

---

**From:** Silas Zimu <silas@presidency.gov.za>
**Sent:** Thursday, August 22, 2024 4:46 PM
**To:** Paul Mann <pmann@ASPIsotopes.com>; Silas Zimu <silas@presidency.gov.za>; szimu67@gmail.com; Subesh Pillay

<Subesh@presidency.gov.za>; Boitumelo Mthimunye <Boitumelom@presidency.gov.za>
**Cc:** SNM <SNM@afrifund.co.za>
**Subject:** Re: Request for meeting between Minister for Electricity and Energy and ASP Isotopes/ TerraPower on Aug 28/29


Hi Boitumelo and Subesh

Please check if these dates are possible. I know that our diary is pact until mid September. As such, please provide alternative dates. The company is in RSA.

Please invite Loyiso of NECSA to join us.

Regards
Silas


Get Outlook for Android
_____

**From:** Paul Mann <pmann@ASPIsotopes.com>
**Sent:** Thursday, August 22, 2024 6:22:21 PM
**To:** silas@presidency.gov.za <silas@presidency.gov.za>; szimu67@gmail.com <szimu67@gmail.com>; szimu67@gmail.com <szimu67@gmail.com>; silas@presidency.gov.za <silas@presidency.gov.za>
**Cc:** SNM <SNM@afrifund.co.za>
**Subject:** FW: Request for meeting between Minister for Electricity and Energy and ASP Isotopes/ TerraPower on Aug 28/29

Dear Honorable Minister.

I sent the email below on August 12 regarding a possible meeting with the with either Dr. Kgosiento Ramokgopa or Ms. Samantha Graham on either August 28th or August 29th.  However Mr. Sipho Maseko suggested that I may have sent it to the incorrect email address.  I am resending the email hoping that this may now be reviewed be the correct people. As you will see regarding the timing, there is some urgency because the visitors to South Africa are scheduled to land on Tuesday next week.

With best wishes,
Paul.


_____

**From:** Paul Mann
**Sent:** Monday, August 12, 2024 5:23 AM
**To:** subesh@presidency.gov.za; silas@presidency.gov.za
**Cc:** Paul Mann <pmann@ASPIsotopes.com>
**Subject:** Request for meeting between Minister for Electricity and Energy and ASP Isotopes/ TerraPower on Aug 28/29

Dear Honorable Minister.

My name is Paul Mann and I am the Chairman and Chief Executive Officer of ASP Isotopes, a company incorporated in Delaware, USA but whose operations are primarily in South Africa.  Since founding the company in 2021, we have raised over $80 million from US and European investors and we have invested this capital into South Africa where are in the process of constructing three isotope enrichment facilities, all of which should

CONFIDENTIAL

ASPI_00019807

commence commercial operations during late 2024. We now have over 100 employees in South Africa and we expect to double this number during the next 12-24 months. We regularly speak with Loyiso, Thabo and Nto at Necsa and Elsie and Jones at DMRE. We expect to start supplying Intel with enriched Silicon-28 for advanced semiconductors during 2024 and NTP/ Necsa with ytterbium-176 during 2025. This should allow NTP to become a major global supplier of lutetium-177, an essential active agent used in the treatment of cancer.

During 2023, we signed an MOU (Memorandum of Understanding) with TerraPower, a company founded by Bill Gates, who is also the company's chairman. TerraPower's goal is to bring cheap nuclear power to billions of people around the world to help meet 2050 climate goals. Much of the work we wish to conduct with TerraPower involves front end fuel chain work and we would like to do much of this work in South Africa in a partnership or joint venture with Necsa. TerraPower and our investors are prepared to invest billions of dollars into this project, which will likely provide hundreds , perhaps thousands of direct job opportunities for South Africans and mobilize an entire domestic supply chain. Collectively, our potential customers require over $37 billion of nuclear fuel between now and 2037.

The CEO of TerraPower, Christopher Levesque, will be visiting South Africa on August 28 and 29 and has requested meetings with ASP Isotopes, Necsa, DMRE and the senior government minister who oversees the regulation of nuclear activities in South Africa. I am therefore requesting if it is possible for myself, and Christopher to meet with either Dr. Kgosiento Ramokgopa or Ms. Samantha Graham on either August 28th or August 29th. We can manage the entire schedule around the availability of the minister and/or the deputy minister.

Please can you let me know if such a meeting might be possible.
I look forward to hearing from you,
With best wishes,

Paul.


**Paul E. Mann**
Chairman and Chief Executive Officer

<image002.png>

**ASP Isotopes Inc. (NASDAQ: ASPI)**
601 Pennsylvania Avenue NW
South Building, Suite 900
Washington, DC 20004
Email: pmann@aspisotopes.com



https://www.thepresidency.gov.za/legal-disclaimers
https://www.thepresidency.gov.za/legal-disclaimers
https://www.thepresidency.gov.za/legal-disclaimers
https://www.thepresidency.gov.za/legal-disclaimers

https://www.thepresidency.gov.za/legal-disclaimers
https://www.thepresidency.gov.za/legal-disclaimers
https://www.thepresidency.gov.za/legal-disclaimers
https://www.thepresidency.gov.za/legal-disclaimers
https://www.thepresidency.gov.za/legal-disclaimers

https://www.thepresidency.gov.za/legal-disclaimers
https://www.thepresidency.gov.za/legal-disclaimers
https://www.thepresidency.gov.za/legal-disclaimers

CONFIDENTIAL                                                    ASPI_00019809