# Exhibit 27

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, DC 20549

# FORM 10-Q

**(Mark One)**

☒   **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended September 30, 2025**

**OR**

☐   **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____ to _____**

**Commission File Number: 001-41555**

# ASP Isotopes Inc.

**(Exact Name of Registrant as Specified in its
Charter)**

| | |
|---|---|
| **Delaware** | **87-2618235** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **601 Pennsylvania Avenue NW, South Building, Suite 900 Washington, DC** | **20004** |
| (Address of principal executive offices) | (Zip Code) |

**Registrant's telephone number, including area code: (202) 756-2245**

**Not Applicable**
(Former name, former address and former fiscal year, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.01per share | ASPI | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | |
|---|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | | ☒ |
| | | Emerging growth company | | ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

As of November 19, 2025, the registrant had 110,840,122 shares of common stock, $0.01 par value per share, outstanding.

**Table of Contents**

|  |  | Page |
|---|---|---|
| **PART I.** | FINANCIAL INFORMATION | 5 |
| Item 1. | Financial Statements (Unaudited) | 5 |
|  | Condensed Consolidated Balance Sheets as of September 30, 2025 and December 31, 2024 | 5 |
|  | Condensed Consolidated Statements of Operations and Comprehensive Loss for the Three and Nine Month Periods ended September 30, 2025 and 2024 | 6 |
|  | Condensed Consolidated Statements of Changes in Stockholders' Equity for the Three and Nine Month Periods ended September 30, 2025 and 2024 | 7 |
|  | Condensed Consolidated Statements of Cash Flows for the Nine Month Periods ended September 30, 2025 and 2024 | 9 |
|  | Notes to Unaudited Condensed Consolidated Financial Statements | 10 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 35 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 46 |
| Item 4. | Controls and Procedures | 46 |
|  |  |  |
| **PART II.** | OTHER INFORMATION | 47 |
| Item 1. | Legal Proceedings | 47 |
| Item 1A. | Risk Factors | 47 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 48 |
| Item 3. | Defaults Upon Senior Securities | 48 |
| Item 4. | Mine Safety Disclosures | 48 |
| Item 5. | Other Information | 48 |
| Item 6. | Exhibits | 49 |
| Signatures |  | 50 |

2

**SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS**

This Quarterly Report on Form 10-Q contains forward-looking statements within the meaning of the federal securities laws. All statements other than statements of historical fact contained in this Quarterly Report on Form 10-Q, including statements regarding our future results of operations and financial position, business strategy and plans and objectives of management for future operations, are forward-looking statements. These statements involve known and unknown risks, uncertainties and other important factors that may cause our actual results, performance or achievements to be materially different from any future results, performance or achievements expressed or implied by the forward-looking statements.

In some cases, you can identify forward-looking statements by terms such as "may," "should," "would," "expects," "plans," "anticipates," "could," "intends," "target," "projects," "contemplates," "believes," "estimates," "predicts," "potential" or "continue" or the negative of these terms or other similar expressions. The forward-looking statements in this Quarterly Report on Form 10-Q are only predictions. We have based these forward-looking statements largely on our current expectations and projections about future events and financial trends that we believe may affect our business, financial condition and results of operations. These forward-looking statements speak only as of the date of this Quarterly Report on Form 10-Q and are subject to a number of risks, uncertainties and assumptions described in the section titled "Risk Factors" and elsewhere in this Quarterly Report on Form 10-Q. Because forward-looking statements are inherently subject to risks and uncertainties, some of which cannot be predicted or quantified, you should not rely on these forward-looking statements as predictions of future events. The events and circumstances reflected in our forward-looking statements may not be achieved or occur and actual results could differ materially from those projected in the forward-looking statements. Some of the key factors that could cause actual results to differ from our expectations include:

- our ability to achieve or sustain positive cash flows from operations or profitability;

- our ability to complete the construction of, commission and successfully operate isotope enrichment plants in a cost-effective manner;

- our ability to meet, and to continue to meet, applicable regulatory requirements for the use of the isotopes we may produce using the ASP technology or the Quantum Enrichment technology;

- our ability to obtain regulatory approvals for the enrichment of uranium and the production and distribution of other isotopes;

- our ability to comply on an ongoing basis with the numerous regulatory requirements applicable to the ASP technology, the Quantum Enrichment technology and our enrichment facilities in South Africa;

- our ability to execute on various projects and strategic initiatives with potential customers and partners, including our initiative to commence enrichment of uranium in South Africa;

- the success or profitability of our future offtake arrangements with respect to various isotopes that we may produce using ASP technology or the Quantum Enrichment technology;

- a failure of demand for various isotopes that we may produce using ASP technology or the Quantum Enrichment technology;

- our future capital requirements and sources and uses of cash;

- our ability to obtain funding for our operations and future growth;

- the extensive costs, time and uncertainty associated with new technology development;

- our ability to implement and maintain effective internal controls;

- developments and projections relating to our competitors and industry;

- the ability to recognize the anticipated benefits of acquisitions and investments, including our acquisition of assets of Molybdos (Pty) Limited in the "business rescue" auction, the assets and intellectual property we acquired from Klydon Proprietary Ltd, and our investment in PET Labs Pharmaceuticals, our radiopharmacy acquisitions, the assets we acquired from One 30 Seven, Inc. and our investment in Skyline Builders Group Holding Limited (Nasdaq: SKBL);

- problems with the performance of the ASP technology or the Quantum Enrichment technology in the enrichment of isotopes;

- our dependence on a limited number of third-party suppliers for certain components;

- our inability to adapt to changing technology and diagnostic landscape, such as the emergence of new diagnostic scanners or tracers;

- our expected dependence on a limited number of key customers for isotopes that we may produce using ASP technology or the Quantum Enrichment technology;

- our inability to protect our intellectual property and the risk of claims that we have infringed on the intellectual property of others;

- our inability to compete effectively;

- risks associated with the current economic environment;

- risks associated with our international operations;

- our credit counterparty risks;

- geopolitical risk and changes in applicable laws or regulations;

- our inability to adequately protect our technology infrastructure;

- our inability to hire or retain skilled employees and the loss of any of our key personnel;

- operational risk;

- costs and other risks associated with becoming a reporting company and becoming subject to the Sarbanes-Oxley Act;

3

- our ability to complete the Renergen acquisition within the anticipated timeframe or at all by fulfilling or, if applicable, obtaining a waiver of a number of closing conditions, including various regulatory approvals and third party consents, by no later than November 28, 2025, unless extended;

- our ability to complete the listing of Quantum Leap Energy as a standalone public within the anticipated timeframe or at all;

- our inability to be repaid $30,000,000 advanced to Renergen under a loan agreement should we be unsuccessful in our bid to acquire the company;

- our ability to negotiate a favorable term sheet with institutional debt investors for a potential debt financing of $30 million aggregate principal amount in order to neutralize the effect of the proposed Renergen transaction on the Company's cash position;  and

- other factors that are described in "Risk Factors," on page 47.

These statements relate to future events or to our future financial performance and involve known and unknown risks, uncertainties, and other factors that may cause our actual results, performance, or achievements to be materially different from any future results, performance, or achievements expressed or implied by these forward-looking statements. Factors that may cause actual results to differ materially from current expectations include, among other things, those set forth in Part I, Item 1A - "Risk Factors" in our Annual Report on Form 10-K for the year ended December 31, 2024 (as amended), other reports that we filed with the SEC, and Part II, Item 1A - "Risk Factors" in this Quarterly Report on Form 10-Q. Any forward-looking statement in this Quarterly Report on Form 10-Q reflects our current view with respect to future events and is subject to these and other risks, uncertainties, and assumptions relating to our operations, results of operations, industry, and future growth. Given these uncertainties, you should not place undue reliance on these forward-looking statements. Except as required by law, we assume no obligation to update or revise these forward-looking statements for any reason, even if new information becomes available in the future.

This Quarterly Report on Form 10-Q also contains estimates, projections, and other information concerning our industry, our business, and the potential markets for certain isotopes, including data regarding the estimated size of those markets, their projected growth rates, and the incidence of certain medical conditions. Information that is based on estimates, forecasts, projections, or similar methodologies is inherently subject to uncertainties, and actual events or circumstances may differ materially from events and circumstances reflected in this information. Unless otherwise expressly stated, we obtained these industry, business, market, and other data from reports, research surveys, studies, and similar data prepared by third parties, industry, medical and general publications, government data, and similar sources. In some cases, we do not expressly refer to the sources from which these data are derived.

Except where the context otherwise requires, in this Quarterly Report on Form 10-Q, "we," "us," "our," "ASP Isotopes," and the "Company" refer to ASP Isotopes Inc. and, where appropriate, its consolidated subsidiaries.

## Trademarks

All trademarks, service marks, and trade names included in this Quarterly Report on Form 10-Q are the property of their respective owners. Solely for convenience, the trademarks and trade names in this report may be referred to without the ® and ™ symbols, but such references should not be construed as any indicator that their respective owners will not assert, to the fullest extent under applicable law, their rights thereto.

**PART I-FINANCIAL INFORMATION**

**Item 1. Financial Statements.**

**ASP Isotopes Inc.**
**Condensed Consolidated Balance Sheets**
**(unaudited)**

| | September 30, 2025 | December 31, 2024 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 113,942,156 | $ 61,890,048 |
| Accounts receivable | 17,425,680 | 706,925 |
| Inventories | 1,371,738 | 65,655 |
| Receivable from noncontrolling interests | — | 27,556 |
| Note receivable | 31,189,144 | — |
| Lease receivable - current | 16,733 | — |
| Prepaid expenses and other current assets | 10,099,525 | 3,053,478 |
| Total current assets | 174,044,976 | 65,743,662 |
| Property and equipment, net | 30,930,235 | 22,354,377 |
| Operating lease right-of-use assets, net | 971,658 | 1,122,134 |
| Deferred tax assets | 68,008 | 31,847 |
| Intangible assets | 1,190,562 | — |
| Goodwill | 6,849,119 | 3,168,101 |
| Lease receivable - noncurrent | 410,223 | — |
| Equity method investments | 1,322,900 | — |
| Other investments | 5,000,000 | — |
| Other noncurrent assets | 5,102,480 | 1,927,867 |
| **Total assets** | **$ 225,890,161** | **$ 94,347,988** |
| | | |
| **Liabilities and stockholders' equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 3,424,698 | $ 1,021,393 |
| Accrued expenses | 3,655,761 | 2,275,681 |
| Debt - current | 12,401,279 | 939,110 |
| Finance lease liabilities – current | 166,459 | 125,862 |
| Operating lease liabilities – current | 468,569 | 557,676 |
| Deferred revenue | 882,000 | 882,000 |
| Due to related parties | 3,438,275 | — |
| Other current liabilities | 3,666,092 | 1,256,549 |
| Share liability | 220,635 | — |
| Total current liabilities | 28,323,768 | 7,058,271 |
| Deferred tax liabilities | 307,807 | — |
| Convertible notes payable, at fair value | 97,975,479 | 33,433,184 |
| Debt - noncurrent | 1,534,686 | 1,441,286 |
| Finance lease liabilities – noncurrent | 492,103 | 560,328 |
| Operating lease liabilities – noncurrent | 617,988 | 688,479 |
| Other noncurrent liabilities | 34,353 | — |
| Total liabilities | 129,286,184 | 43,181,548 |

**Commitments and contingencies (Note 9)**

**Stockholders' equity**

Preferred stock, $0.01 par value; 10,000,000 shares authorized, no shares issued
and outstanding as of September 30, 2025 and December 31, 2024     —    —

| | | |
|---|---:|---:|
| Common stock, $0.01 par value; 500,000,000 shares authorized, 93,376,629 and 72,068,059 shares issued and outstanding as of September 30, 2025 and December 31, 2024, respectively | 933,766 | 720,681 |
| Additional paid-in capital | 224,740,838 | 105,515,005 |
| Accumulated deficit | (152,555,942) | (56,172,881) |
| Accumulated other comprehensive income (loss) | 949,855 | (2,164,313) |
| Total stockholders' equity attributed to ASP Isotopes Inc. stockholders | 74,068,517 | 47,898,492 |
| Noncontrolling interests in consolidated subsidiaries | 22,535,460 | 3,267,948 |
| Total stockholders' equity | 96,603,977 | 51,166,440 |
| **Total liabilities and stockholders' equity** | $ **225,890,161** | $ **94,347,988** |

The accompanying notes are an integral part of these condensed consolidated financial statements.

5