### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

MARK LEONE, Individually and on Behalf
of All Others Similarly Situated,
    Plaintiff,

v.

ASP ISOTOPES INC., PAUL E. MANN,
and HEATHER KIESSLING,

    Defendants.

C.A. No. 1:24-cv-9253-CM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/6/2026

### JOINT STIPULATION AND [PROPOSED] ORDER STAYING ALL PROCEEDINGS PENDING SETTLEMENT

Lead Plaintiff Mark Leone ("Plaintiff"), Defendant ASP Isotopes Inc. ("ASPI"), and Defendant Paul Mann ("Mann," together with ASPI, "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, jointly stipulate as follows:

WHEREAS, on May 28, 2025, Plaintiff filed his amended securities class action complaint (the "Amended Complaint").

WHEREAS, on June 27, 2025, Defendants moved to dismiss the Amended Complaint, and Plaintiff filed his motion for class certification.

WHEREAS, on December 4, 2025, the Court granted in part and denied in part the Defendants' motion to dismiss and granted Plaintiff's motion for class certification.

WHEREAS, on March 31, 2026, counsel for the Parties participated in an all-day mediation conducted by David M. Murphy of Phillips ADR Enterprises in effort to resolve the claims in this Action.

WHEREAS, on April 3, 2026, the Parties reached an agreement-in-principle to resolve all claims in this Action, subject to the Court's approval and the Parties' formalizing their agreement through the preparation and execution of a stipulation of settlement.

WHEREAS, the Parties are engaged in ongoing discovery in this Action, including the production of documents and motion practice before Magistrate Judge Willis, and the Parties agree that immediately staying all proceedings will avoid unnecessary litigation and conserve the resources of the Court and the Parties.

NOW, THEREFORE, THE PARTIES, SUBJECT TO THE COURT'S APPROVAL, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1.  The Parties agree to voluntarily stay all proceedings in the Action.

2.  The Parties shall file their stipulation of settlement and Plaintiff shall file his motion for preliminary approval of the settlement within 60 days of the date of the Court's approval of this Joint Stipulation. If the Parties cannot meet this deadline, they will jointly provide the Court with an update at that time.

**GLANCY PRONGAY WOLKE & ROTTER LLP**

By: */s/ Garth Spencer*
Garth Spencer (GS-7623)
Robert V. Prongay
Amir A. Soleimanpour (*pro hac vice*)

1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: gspencer@glancylaw.com
rprongay@glancylaw.com
asoleimanpour@glancylaw.com

John C. Roberts Jr. (*pro hac vice*)
P.O. Box 10249
Bainbridge Island, WA 98110
Telephone: (312) 961-8832
jroberts@glancylaw.com
*Counsel for Plaintiff Mark Leone and the Class*

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Michael D. Blanchard*
Michael D. Blanchard
Christopher M. Wasil
One State Street
Hartford, CT 06103
(860) 240-2700
michael.blanchard@morganlewis.com
christopher.wasil@morganlewis.com

Michael L. Kichline
Laura Hughes McNally
Karen Pieslak Pohlmann
2222 Market Street
Philadelphia, PA 19103
(215) 963-5000
michael.kichline@morganlewis.com
laura.mcnally@morganlewis.com
karen.pohlmann@morganlewis.com

-2-

Brian A. Herman
101 Park Avenue
New York, NY 10178
(212) 309-6000
brian.herman@morganlewis.com

*Attorneys for Defendants ASP Isotopes Inc.
and Paul E. Mann*

SO ORDERED.

DATED: _6 April_ , 2026

_____
Colleen McMahon United States District Judge