**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
LEONE,

<table>
<tr><td>Plaintiff,</td><td style="text-align:center"><b><u>ORDER</u></b></td></tr>
<tr><td>-against-</td><td style="text-align:center"><b>24-CV-9253 (CM) (JW)</b></td></tr>
</table>

ASP ISOTOPES INC. *et al.*,

                                                        Defendants.
-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

In light of the parties' joint stipulation entered by Judge McMahon at Dkt. No.

85, the discovery conference scheduled for April 27, 2026 at 11:00 AM is adjourned

*sine die.*

        SO ORDERED.

DATED:        New York, New York
              April 6, 2026

                                        _____
                                        JENNIFER E. WILLIS
                                        United States Magistrate Judge