## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

MARK LEONE, Individually
and on Behalf of All Others Similarly
Situated,

          Plaintiff,

v.

ASP ISOTOPES INC., PAUL E. MANN,
and HEATHER KIESSLING,

          Defendants.

Case No. 1:24-cv-09253-CM



USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/24/2026

### ORDER FOR ADMISSIONS *PRO HAC VICE*

The motion of Joseph D. Cohen, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

Applicant's Name: JOSEPH D. COHEN

Firm Name: GLANCY PRONGAY WOLKE & ROTTER LLP

Address: 1925 CENTURY PARK EAST, STE 2100

City/ State/ Zip: LOS ANGELES, CA 90067

Telephone/ Fax: (310) 201 - 9150

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Lead Plaintiff Mark Leone in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

1

Dated: 4/24/2026

_____
UNITED STATES DISTRICT JUDGE
HON. COLLEEN MCMAHON