**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MARK LEONE, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

ASP ISOTOPES INC., *et al.*,

Defendants.

Case No. 1:24-cv-09253-CM

**LEAD PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 94), on December 15, 2026, at 12:30 p.m., before the Honorable Colleen McMahon in Courtroom 24A at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, Court-appointed lead plaintiff Mark Leone ("Lead Plaintiff"), will and hereby does move the Court to: (1) grant final approval of the Settlement in the above-captioned action on the terms set forth in the Stipulation and Agreement of Settlement, dated July 2, 2026 ("Stipulation"; ECF No. 93-1); and (2) approve the proposed Plan of Allocation for distribution of the Net Settlement Fund.[1]

This motion is based on this Notice of Motion; the Memorandum of Law in support thereof; the Declaration of Garth Spencer in Support of: (I) Lead Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; all exhibits thereto; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court. Defendants do not oppose this motion.[2]

---

[1] Unless otherwise defined, all capitalized terms used herein have the meanings ascribed to them in the Stipulation.

[2] Proposed Orders granting the requested relief will be submitted with Lead Plaintiff's reply papers after the deadlines for objecting to the motion or requesting exclusion have passed.

DATED: November 6, 2026

Respectfully submitted,

**GLANCY PRONGAY WOLKE & ROTTER LLP**

By: */s/ Garth Spencer*
Garth Spencer (GS-7623)
Joseph D. Cohen
John C. Roberts Jr.
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: gspencer@glancylaw.com
jcohen@glancylaw.com
jroberts@glancylaw.com

Gregory B. Linkh (GL-0477)
745 Fifth Avenue, 5th Floor
New York, New York 10151
Telephone: (212) 682-5340
Email: glinkh@glancylaw.com

*Lead Counsel for Lead Plaintiff Mark Leone and the Settlement Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of November, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Garth Spencer*
Garth Spencer